FILED
CLERK, U.S. DISTRICT COURT

03/05/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ AP _____ DEPUTY

# 1. Domestic Terrorism        5:21-cv-00407-DSF(JEM)

**(A).**   1 no 18th 2018 Seligman Dr Bakersfield, CA I was at the residence of Samuel Reyes it was 12 o'clock while I was playing call of duty. By 12:30 in the afternoon I decided to go get some "Wing Stop". I turned the television and game set off proceeded to walk into the kitchen. I sat down to roll a marijuana cigar, I started to break down the marijuana, followed by breaking open the cigar and dumping out the tobacco. I heard someone run through the door. [1]"I previously lost a set of keys to the front door. So, I thought it was a concurring joke of dark sarcastic humor." [2]I started screaming at someone dressed in skinny set tall male in a black suit like a federal agent. [3]I felt a blow to my face, and felt blood running down my face. And fell again, [4]I stood up and seen two African Americans by their car about to wash it. As people ran into the house screaming about money, and certain property or material about the matter.

(1.) [5]The intent on the fixtured setting previous to the altercation that proceeded.

(2.) The motive of intent in the discretion of certain people, committing unlawful activity

With the intent on committing money laundering, or other motive in committing a murder through the event concurred.

(3.) The people's motive was of negligence; negative intentions in committing of a murder or conspiracy to murder or of homicide.

(4.) Intentions in retrieving of property, involved with the plaintiff throughout the time, intentions of killing for the property.

---

[1] 18 USC Ch. 51: HOMICIDE

[2] §1117. Conspiracy to murder

[3] 18 USC Ch. 7: ASSAULT

[4] 18 U.S.C. § 1001 knowingly and willfully

[5] 9 U.S. Code § 1592 Gross Negligence

# 18 USC Ch. 51: HOMICIDE

Fixed setting, upon aggravated crimes committed against the plaintiff. Intentionally committing a fixed overt act to commit a homicide, or an actual 1st degree murder, conspiracy from group 6 involving Salvadorians, and Mexican groups committing intentional acts of physical harm intention on committing the murder for the plaintiff's property and money involved or in associated with.

1. Aggravating factors as a novation amongst residents upon retaliation, malice factors of ill intentional fixed homicide on committing a premeditated murder.

### §1117. Conspiracy to murder

Actual premeditation of committing a fixtured setting or intentions of committing a planned altercation of committing a murder, intentions of threatening a person of target, through white- collar overt acts. Actual intentions on conspiring in novation to commit a murder, or contract of murder for hire.

### 18 USC Ch. 7: ASSAULT

In the offense of altercation, the aspiring threat was of breaking and entering and intentions to commit an assault, or posse of threat. Intentions of committing unlawful activity to retrieve or retaliation after the fact to obtain something of value.

### 18 U.S.C. § 1001 knowingly and willfully

Knowingly commit a premeditated overt act "mensrea" capable to hold some fault of conspiracy in general or intent on committing the crimes itself with the intentions of extortion to willfully cause irreparable reputational damage. Knowingly causes harm for self-gain in hate crime willfully causing the damage amongst person of target. Intentions to commit murder. Cynical torture

### 9 U.S. Code § 1592 Gross Negligence

Most serious of events to conspire on concurrence of actual conspiring in the matter of fraud or altercation to defect against targeted person unknowingly causing repetitional damage in the aid and abet of racketeering white-collar crimes with the intentions of embezzling the wrongdoing against the target for the financial interest in self gain, intentions to murder "the target" to evade without question.

*(d)* William Melendez and Novarro Hernandez showed up in a white car, running into the house with an envelope. [4]Malicious intentions upon first approach in finding the property, "persons" conduct who may have intent to cause harm. [5]*knowingly and willfully* had the *intent* to deprive someone of something by means of *deceit ("id")*." [6]concealment or cover up may conclude from a scheme that the defendants deliberately conveyed information they knew to be false to the government, criminal intent knowingly and fraudulently gives money bribery and extortion.

---

[6]*18 U.S.C. § 1001 knowingly and willfully*

[7]*19 U.S. Code § 1592 Gross Negligence.*

[8]*18U.S.C § 152(6)*

*("id")*

- *18 U.S.C. § 1001* **Knowingly and Willfully**

Willful intentions on committing the crimes against person or committing the premeditated crimes in associated with white-collar criminals for money. Knowingly committing crimes for money. Aggravated crimes against person for money involved.

- *18 U.S.C § 152(6)* **Extortion and bribery**

Extortion against person enough, to commit irreparable damage of reputation, severe and extreme the bribery to repay for consequences against committing the act was the replenishable from the extortion; or receiving the proceeds from extortion in committing unlawful activity to retrieve of property of money laundering capacity of actual committing a murder.

1. Prestated intentions on carrying out the actual crime, insinuating extorting the person after the fact.
2. Cause of extortion to become federal agents, or espionage
3. Extorting the use of the property of interest for self-gain or relinquished. relinquished, for the property itself and use after the fact, or purloin.

**(e.)** Bader the Indian renter deceitfully involved with the homeowner on an agreement for money, accessory to murder affiliated with a dying person while moving the person around as he was bleeding out. [7]Bader and his ISIS military friend showed up with his Mercedes Benz and put me in his car while I was dying and bleeding out. [8]While waiting for corresponding groups of people to return. [9]with property and money that the group of people that had intended to cause deceit against the plaintiff to return to for the payment. **(a.)** [10]Bader and Samuel Reyes Embezzlement, Extortion, targeted me for the money from GitHub. **(b)**[11]Bader had pulled me out of the Mercedes Benz while they were dividing the money that the Salvadorian groups had embezzled out of the plaintiff. Bader returned with a white auctioned police vehicle, he attempted to run me over while handcuffed to the push bars of the police car.

---

[7]18 U.S. Code § 3. Accessory after the fact

[8]18 U.S. Code § 1111.Murder

[9]18 U.S. Code § 1957.Engaging in monetary transactions in property derived from specified unlawful activity

[10]18 U.S.C § 666(a)(1)(A) Embezzlement

# 18 U.S. Code § 3. Accessory after the fact

The co- conspirator's Indian male's involvement in covering up the embezzlement of the sexual assault rape video. malice to conceal the embezzlement of the documents decrypted, extorted for their own as discovered findings. Identifying the plaintiff being assaulted on camera without knowing. Intentionally concealing the affiliated group of the controversial interest. Accessory to a murder trying to hit the plaintiff with a white police car as he was dying having convulsion on the street. *("actus-reus")*

### 18 U.S. Code § 1111.Murder

Intentional deceit directed as a hate crime towards the plaintiff as a premeditated scheme that involved a murder or in attempt given that the situation may have been in accessory with intent to murder the individual in the occurrence of the crime committed towards the plaintiff. Initial cause the plaintiff was in the middle of the streets dying instead of being picked up by ambulance. Intentional Gross negligence Disregard for human life

"Murder was intentional displaying more of a hate crime directed to the plaintiff, attempted murder against life for the. Unlawful act of money laundering or intentional retrieval of property and money or assets that were known about by the group that had murderous intentions directed as a threat for the property.  "Fraud –in general" ("id")

### 18 U.S. Code § 1957.Engaging in monetary transactions in property derived from specified unlawful activity

aggravating factor held creating the conflict constructed entrapment scheme.

Premeditated crime aiding and abetting against the plaintiff for money as negligence. threatens an insignificant invasion of an interest in property results in an unforeseeable invasion of an interest of another. Use of malicious code through computers creating decryption of concealed documents, intentions on committing a malicious crime.

### 18 U.S.C § 666(a)(1)(A) Embezzlement

Functions to end the breach element Knowingly commit a crime of violence in the act of intentionally depriving someone by means of extortion of property by committing theft throughout the unlawful act proceeding.

**(g) (a)**Roads were blocked in the Rosedale area. from coffee and Rosedale hwy, They shut down certain establishments. while a set of [11]unlawful activity was comenced as the plaintiff was dying. Actions set for factual essence of [12]committing acts of fraud, or aggressively created the matter of dying worse, for their own interest of committing fraudulent acts, deprived heart murder. Fraud of intent inciting *wire fraud,* or the fraud of transferring of high setting amounts within many accounts as bank fraud. or make it worth of the material that led to the actual pertinent of worth. 500.8quantillion for the wrong actions caused as deceit with [12]intentions to commit a murder, after the fact public's interest in committing murderous acts of voluntarily physical threats.

**(b)** [13]Residents from Bakersfield and Tulare county as well as Wisconsin, with the same intention of committing of the same murder Accessory. malice is not satisfied simply by [acting] with an intentional or reckless mental state.*" United States v. Serawop, 410 F.3d 656, 664 (10th Cir. 2005)* [14]clearly an attempt to murder or cause serious offense against the plaintiff in the matter of gross negligence specifically having the [15]ill-intentions of committing the wrongful acts against the person, for assets or from what others are receiving of actual property of the plaintiff.

**(c)**Negligent *("id")* to the fact the plaintiff situation was only relevant deterrent to the fact murder was of only reason to commit or retrieve of property. residents knowing as to knowledge about, their clear intentions of leaving a person in the streets while they're clearly dying. The white-collar groups and residents found it amusing and motivating in the matter of lawsuits as trends for money in associated to retrieve the assets from the identity of the person harmed.

**(d)**[16]Intentions to commit the acts, as hate crime, or sociably undermining psychology and their intent. as a by standard effect of a white racial "White collar scheme" True and clear intentions of committing a murder of the person targeted. Reasons for something of value. Intentionally or with willful disregard of the likelihood that damage or result into death. Women through the county of Kern incited to take action against a single person that they had committed the wrong intentions against the plaintiff just to embezzle extort deceive and murder to evade. fraudulent federal agents involved malice intentions of committing a murder. Intialy to Murder, and rob, theft, embezzle. as a conspiracy of intent to murder instead, of being taken to the hospital for treatment, plaintiff was left out on the street to die while bleeding out having seizures and crying of pain.

---

[11]19 U.S. Code§1592- Penalties for fraud, gross negligence

[12]*28 U.S. Code § 2108.*Proof of amount in controversy

[13]18 U.S.C. § 1001 Knowingly and Willfully

[14]18 U.S. Code § 373(b) Solicitation to commit a crime of violence

[15]18 U.S.C. § 201: Bribery of public officials and witnesses

[16]18 U.S. Code § 373.Solicitation to commit a crime of violence

*("id") Overt Act - Crime, Conspiracy, Criminal, and Commit - JRank Articles https://law.jrank.org/pages/8980/Overt-Act.html#ixzz6dge4zdXd

# 19 U.S. Code§1592- Penalties for fraud, gross negligence

Misrepresentation through certain negligence of certain material matters, influenced through emotional state of reputational occurrences. Factual occurrences deep state in the matter of influencing criminal intent. Motives of white-collar corruption for the money involved from the plaintiff's identity.

### 28 U.S. Code § 2108.Proof of amount in controversy

The controversy in the amount influenced in criminal intent, motives from the malice group influencing murder, heinous crimes of dying person.

### 18 U.S.C. § 1001 Knowingly and Willfully.

Residents and white-collar corrupt groups initiated the conflict willfully committing crimes against person of interest to obtain. Knowingly causing disruption against plaintiff with willful intentions on physically assaulting or harassing the person of interest. White supremacist groups intentions to subdue after the fact.

Intentional affliction in committing the murder, initial response from not being caught or wrongful procurement to their own acts against the plaintiff. They're all thieves, and murders.

### 18 U.S. Code § 373(b) Solicitation to commit a crime of violence

Mulititudes of groups involvement insinuated a solicitation of a crime of violence, the agents and dhs practice from federal material, influencing on terroristic principal in committing crimes against people.

## 18 U.S.C. § 201: Bribery of public officials and witnesses

Group's procurement in briberies of intent to commit a murder, to the degree of the nature of the crime and true intentions of murdering a person.

## 18 U.S. Code § 373.Solicitation to commit a crime of violence

Racketeering, corruption and other solicitations by inducing the crimes against through white collar associated criminals to carry out the actual violence as terrorist intent to cause an obstruction, intentional obstruction, and determination carried out by the corrupt.

**(h)** Assailants pulled me into a home across the way from Seligman dr. Where a woman appeared with a man as they were purchasing a home. they tossed the keys at the plaintiff. While leaving him on the floor. with a large quantity of money and they key to a BMW with a large quantity of marijuana, Cocaine, lsd, dmt, and other narcotic's that a group had brought into the home.

**(A)**Around 4:30 I was flowing through consciousness, as I was being pushed out of one home to another, at least three to six other houses. Santos and his Salvadorian group of appeared. A large group of people ran out of their apartments. and into the houses dressed in black suits apprehending FBI agents and into houses. The plaintiff was pulled into the white BMW, with two women in the passenger seat. while the plaintiff was in the backseat bleeding & having seizures. the two people in the car were filming the death while show casing the death on FaceTime. The two-woman committed car theft as well as Grand Theft of other property.

**(B)**Through the time they were communicating with an international terrorist group from El Salvador group intended on murdering the plaintiff for the money. Acts of money laundering while the unlawful *overt act* in retrieve the property. Illegal immigrants' intentions in committing *blackmail*, *extortion* of real property. The group of Salvadorians people and the intent in committing bank fraud, and theft in conversion of wire fraud in the controversy amount of 10.4 quintillion transferred the amount through fraudulent accounts, or illegal conversion. While they were giving the plaintiff's money away. Out of spite, for dark humor or entertainment of watching the plaintiff die.

---

[17]18    u.s.code

§1111.Murder

[18]18 u.s.code §875 interstate communications

[19]18 u.s.code §880. Receiving the proceeds of extortion

[20]18 U.S.Code § 1028- fraud and related activity in connection with identification documents

[21]18 U.S. Code § 2332b.Acts of terrorism transcending national boundaries

## 18 U.S. Code § 1111.Murder

From aggravating factors influenced on actual intent with aforethought. Characters and influenced persons set on carrying out the actual crimes against person of target for money involved aggravated factors to actual intent on Murder.

## 18 U.S. Code § 875.Interstate communications

Group involved intentionally committing fraud acts through interstate communications, involving themselves with group 6 and other Hispanic terrorist groups plain error, by intentionally committing unlawful crimes to deprive another of his property. Stating true intentions on retaliation.by causing a murder, as their satisfaction to their recollection of crimes committed.

## 18 U.S. Code § 880.Receiving the proceeds of extortion

Younger sociable groups involved with political conflicts causation of Extortion and criminal liability to their actions.

## 18 U.S. Code § 1028 - Fraud and related activity in connection with identification documents, authentication features, and information

Use of documents after the fact committing fraud in connection to media documents or racketeering from identification documents. Committing overt acts influenced on retaliation from white-collar corrupt groups. Also Salvadorian terrorist organizations.

1.committing fraudulent lawsuits, by using the identity as extortion. For commercial gain.

2.Selling interstate communications, on creating overt acts as retaliation or motive to commit a crime against "target"

3.Grand theft from the use of the identification documents, fraud on selling the identification documents.

4.Insinuating relations with foreign government, espionage on person of target, committing retaliation intentions to commit a murder or unlawful activity to become a federal agent, and commit general theft.

## 18 U.S. Code § 2332b.Acts of terrorism transcending national boundaries

Terrorist Organization's that led groups associated with the group of el Salvador, their use of malicious code involving themselves with criminal intent of "persons" moreover knowingly to communicate by software against plaintiff. To commit criminal offenses in exchange for money or conceal after the fact offenses were committed against for retrieval or evil nature in paying "persons" conceal the aftermath and the true nature of "persons" in hiding for evasion of arrest, causing intentional damage to the point of ransom to a certain regard.

1. subsequently using U.S jurisdiction force proceeding naturally
2. The first case to frame the issue of true threats
3. Nonetheless, recognizing that the purpose of the statute criminalizing threats
4. distinguish completed threats from actual attempts.
5. serious expression of an intent to commit an act of unlawful violence

# (I)

**(a)**[22]Miguel Perez, and his family [23]affiliated through the altercation remedial due to the fact of artificing schemes to be constructed from other Hispanic groups involving the Salvadorian groups.

**(b)** [24]voluntary acts on apprehending deterrent of subject of matter, unlawful activity was created while plaintiff was dying, to transfer, convert, forge, obtain through solicitation.

 **(c)** [25]Conspiring to the agreement of the altercation as conspiracy to murder by affiliation or knowing of agreement. Affiliated through the interstate of communications and Hate crimes act, discriminating upon harassment or abuse through illegal overt acts involving Enterprise- rent-a-car employees influenced on [26]hate crimes in attempt to commit a murder for money, and property as bribery to become a federal agent.

---

[22]18 U.S. Code § 1117.Conspiracy to murder

[23]18 U.S. Code § 875.Interstate communications

[24]15 U.S. Code § 1692d - Harassment or abuse

[25]18 U.S. Code § 249.Hate crime acts

[26]18 U.S. Code § 1111.Murder

# §1117. Conspiracy to murder

Person and groups involved with the aggregated, to commit certain criminal ventures on fixed contractual relations to commit a murder for hire or use of extreme physical violence against "targeted person" deceitful interpretation. plain error crimes against an innocent to the degree, conspiracy due to the fact person was on a fixed agreement of secrecy on conspiring to commit a murder.

### 18 U.S. Code § 875.Interstate communications

Foreign groups of El Salvador created solicitation to create a crime a violence against a person known to the group. Create a heinous crime against a person to an extremity and cause deprivation to commit certain acts against the targeted person. Holding fixed agreements insinuating to carry violent acts against the target, deceit of leverage to commit grand theft or perceive good nature.

### 15 U.S. Code § 1692d - Harassment or abuse

Through interstate communications, of public radio, music, media content, encrypted concealed for decryption. content loaded with extortion, harassment, threats. Hate related crimes influenced on racketeering influenced blue-collar crime.

### 18 U.S. Code § 249.Hate crime acts

Unlawful Surveillance, entrapment scheme law is more precise in its language.Immoral and unethical as "Persons" involvement are hate related intentions. Results in willfully involved in unethical manner of retrieving assets *embezzling*" out of only means. consequences or implications of a conflict, explicit controversy. Spectates for enjoyment or fulfillment of activity related of interest. ("group of white people are defense personnel, subdue material for secrecy influenced on A.S.M.R")

### 18 U.S. Code § 1111.Murder

Within every evidentiary action held of conspiracy in completion of the intention, unlawful intentions by the groups involved within their overt acts of "purging" or malice in committing an actual murder, for the retrieval of money.

Associable groups transponder and solicit, aggravated harassment to the degree to the nature of the crime, turns for actual terrorism against plaintiff. True desirable nature to be deceased or commit torture act to retrieve matter of peculiar events.

**(j)** Maria Romero, and Women affiliated in retroaspect of affiliation due to the fact involving her family and friends. [27]intentionally abetted as accessory in voluntary act against "the plaintiff". livelihood of deceitful intentions, or having hate related intentions directed towards "the plaintiff". Aggravating factors in relation to 18 *U.S. Code § 1028.Fraud and related activity in connection with identification documents, authentication features, and information § 5.54. Fraud –in general §873. Blackmail 18 U.S.C. § 1028 (aggravated identity theft) 1005. Embezzlement 18 U.S.C. § 1958 Murder for hire 18 U.S.C. § 241 Conspiracy against rights* unlawful for two or more persons to agree to injure, threaten, or intimidate a person *9 **U.S. Code** § 1592 Gross Negligence 18 U.S.C. § 371 General Conspiracy c*arrying out agreement with a third-party or holding communication with third-party about committing crime against the plaintiff by "*Deceit and malice afterthought"* in *Defamation 47 **U.S. Code** § 230* against his character by *blackmail 10 U.S. Code § 920 - Art. 120. Rape and sexual assault generally*

The plaintiff's mothers arbitrary act as deceitful and malice intentions. negligence due to the factual perception of valuated intent from the Hispanic view. Relatively holding the matter as Punishments influenced on negligence. evil upon blackmail and coercion, the mothers [28]Intentions to commit crimes to embezzle procure, and retrieve property, money, or intentionally committ severe crimes against plaintiff. Actual deprivation of property, concluding their intentions to retrieve as secrecy in violation of constitutional rights. Conspiring affect to obtain property or money. [29]The intentions of conspiring to commit fraud in general against the plaintiff. To induce unlawful conversion, by criminal intent by her acquainted group involved. Solely means of causing extortion against the plaintiffs. Conspiring agianst rights to obtain compensation from unlawful misconduct. [30]In attempt to destroy or damage plaintiffs reputational by any means. Family involved in the utter most utter most speculative cause of obstruction.

**(1)** [31]parents conspired in money laundering, involving her family, and aquainted from church groups. "bad advice"

**(2)** [32]The family abetted in agreement with another woman. The agreement was for Woman#1 to carry out the act of rape, a humiliating rape involving the plaintiff. [33]They paid the woman as a criminal act. She had no teeth, obese 400lb woman made an un-mutual Agreement with his family to have intoxicated to the point of unconsciousness on Valentine's day to create the humiliated "rape "film it and upload it on the internet. " to the severity in conclusive of acts committed, actual intentions were for Wisconsin groups to murder and chop the plaintiff up.

**(3)** The family committed fraud in general in relation to the rape video. They claimed to be dishonored, embarrassed, and humiliated after the fact the malicious act was completed. Understanding Knowingly my family's characters and malicious intentions to Embezzle for the plaintiff property to ruin the plaintiff's life and steal or obtain all the property entitled to the plaintiff.

---

[27] 18 U.S.C. § 1001 knowingly and willfully.

[28] *18 U.S.C. § 1028A*

[29] *§ 5.54. Fraud –in general*

[30] *§ 241 Conspiracy against rights*

[31] 873. Blackmail

[32] 2581 Intent

[33] 10 U.S.Code 920

# §1117. Conspiracy to murder

Concise of informality of desired acts against the victim in advert cause of the effect involvement with Terrorist Organizations. Racketeering against person of target, untill targeted person is deceased, or inflicted great damage against person reputation. Fixed altercation, apparatus of intentions to commit a fixed murder for sanction.

### § 5.54. Fraud –in general

Solicitation of bribery of services as forged signatures and theft of property of plaintiff. Fraud in general, federal hoax of spiteful murder for their own entertainment, on obscure events recording of a dying person. Hate crime related murder for hire agreement concealed amongst the group

### § 241 Conspiracy against rights

Discrimination and therefore deprives potential plaintiffs of access to our courts and redress for discrimination.  Moreover, conservatives have worked to entrench the "intent" of discriminatory of employment for foreign and religious employment, wrongful appropriation against will. Willful knowingly enters signature of adjunction against plaintiff, for spiteful reason. Effect *commonwealth* Views as to non-religious persons. Causing of intent of 879. bankruptcy fraud-18 U.S.C. 157.

### 9 U.S. Code § 1592 Gross Negligence

Negligence under the fact that most of the family-oriented elders meaning of "punishment "Are cruel punishment. Intentional conflict to abuse or cause negligence with intent to engage in premeditated crime against their own family member intentions of destroying the life of for in exchange of the agreement to Embezzle. Younger family members usually tend to the complex areas of any means to cause or inflict damage against the plaintiff after the fact, cause distraught or luer away while intent commit identity theft to embezzle from plaintiff. Hate crimes acts and any sociable retrievable in causation to the matter of interest. Purloin as extortion intent of wrongful abuse upon intentions.

### §873. Blackmail

Intentional error against the plaintiff accessory to reputational damage of county residents abetting by the use of the sextortion rape video. retrospect of women causing damage of use of the video for its intention's committed against in hate crime acts of discrimination through corporation, association, educational institution, or society of its activities, in exchange for money.

### 7 U.S. Code § 2581.Intent

gross negligent manner of aspects of religious cruelty acts of punishments because of sex, reckless cause against human "person" conspiring in murdering the son. For contractual relations or means of financial embezzlement of identity. Intent on cause of destruction hate reputational loss for damaging reputational life. In the matter of actual evading, by listening to third-party in causing severe damage to evade after the fact.

### 10 U.S. Code § 920

Intentional motives that circum to parents' willingness to commit a murder for the assets of knowingly involved committing wrongful intentions, sense of plurality of tendency against plaintiff of actual aggravated crimes. Understanding true threats and criminal intentions of extortion.

Mothers aspect of Achilles' heel of the entire criminal justice system. Achilles heel murder sanction "bad advice" hearsay of true intentions.

### 18 U.S.C. § 1958 Murder for hire

After the fact intent was established to an agreement amongst the defendant and his third-party verbal agreement in the deceitful approach on the matter. Solicitation to commit a crime of violence intentional assault against the plaintiff. Causing an unlawful high-risk act tend to an occurrence of his death. wrongful act engaging in verbal agreements with the third- party intent of

discrimination hate crime against the son's life. Where the agreeing third-party were already involved malicious intent in damaging reputation for money, Aiding in Gross negligence by allowing them evade, for committing the act.

## 18 U.S. Code CHAPTER 31—EMBEZZLEMENT AND THEFT

Racketeering intentions and premeditation on schemes, engaged in a scheme to embezzle a video that was published involving the defendant's son converting the claim of the wrongful act occurred or engaged involvement. by agreement amongst his peers to risk his son's life by damaging his reputation for money. (relating to felony violations involving fraud and related activity in connection with identification documents and information)

**(k)** Eddie, Robert, and Denver picked me up and took me to Samuels house.

Estaban Enriquez was sitting on the couch at Samuel's watching television and smoking out of the bong. They sat me against the wall in the kitchen dining area. Bader was in the garage. Eddie sat down next to the kitchen window, Robert sat across from where I was, Denver Kleinberg was standing to the right off me.

(a)[34]While I was awoken and attempted to stand up, I heard someone repeatedly saying "what's it going to be Mr. Romero, live or die? Live or Overdose." as I reached the table top.I see a federal pink sheet "federal bank note" [35]value greater than a million dollars on top of the table.

(b)Robert Samuels neighbor was repeatedly saying "it's right here, this one is yours. We stole the rest of them" pushing the money towards my direction and retrieving it back "as a joke". While I kept yelling OD and crying of pain, reaching for the money. Coming back into consciousness.

(c)[36]Denver Kleinberg was screaming "No! You're supposed to die, I was going to take all the money, I was going to steal everything, I want Everything, Its mine. You're supposed to die, I'm leaving here with everything!" as he was in my face harassing and [37]screaming out of anger, he pushed me as hard as he could headfirst hitting my head on the ledge of the window. As I hit the floor I see and feel blood leaking out of my skull. I see Eddie to the left of me [38]laughing and watching me fall. anaphylactic shock seizures and died. With the sound of everyone running away with everyone screaming.

[34]murder-for-hire" statute, 18 U.S.C. § 1958

[35]*18 U.S. Code CHAPTER 31—EMBEZZLEMENT AND THEFT*

[36]*19 U.S. Code § 1592 Gross Negligence*

[37]*18 U.S. Code § 1111.Murder*

[38]*18 U.S.C. § 1001 knowingly and willfully*

# murder-for-hire" statute, 18 U.S.C. § 1958,

In the event of actual elements in the erroneous case of schemes presented or duarted by the residents, of knowingly causing the unlawful acts against their targeted "person" using the same person for unevaluated actions against as on occurrences concealing the agreement contracted amongst the group establishing the contractual events of a murder-for-hire.

## 18 U.S. Code CHAPTER 31—EMBEZZLEMENT AND THEFT

Intent to cause actual unlawful acts against targeted person to commit embezzlement schemes in regards of receiving any forms of property or assets of the plaintiff of erroneous intentions against that would make it peculiar to embezzle the harm or wrong caused to claim of such severe crime committed against the plaintiff. Embezzlement scheme regarding identity theft of the plaintiff after the fact groups had knowingly targeted the plaintiff for any money retrievable. wrongful appropriation acts of fraud in general.

## 19 U.S. Code § 1592 Gross Negligence

In the matter correlated events in showing up to the house where there is a dead corpse to retrieve money from a dead person. contemptuous holdings on more than one count of murder. Fixation on events accessory to murder, on the evaluated recollection of receiving money from a ransom video, or willfully enter the correct home with a dead person laying in his blood, to commit theft of his assets. with document rights related to money and assets or slapp interferences involving copy right infringement patented.

*18 U.S. Code § 1111.Murder*

Accessories in the crime of the event, residents and acquaintances from previous friendships arriving to the home where I was residing to retrieve any forms of assets or money, in trade of the actual controversy of the event in which they were trading Ransom Snuff films and recording the plaintiff dying to recreate more issues on a video of the plaintiff suffering traumatic events proposed by the involved of the third-party declaratory of judgements.

**18 U.S.C. § 1001 knowingly and willfully**

Residents would drive up to the dying person while spinning in circles. dump the plaintiff in the back of the car, while I was dying. Accessory was of fact, contemptuous of fraud into evading the murder. Event correlation of embezzlement schemes as intentional deprivation of real property, in connection with unlawful activity to commit depraved heart-murder explicitly intending to kill carrying out the murder, out of pure evil or hatred in regard to his intentional murder to evade with the assets and property. No-**FEAR Act**, a conscious victim who is under the complete physical control, failing to call the police after the actions occurred. Due to police corruption.

# 2.B Obstruction of Justice

**(a)** Sep 14th 2018, 1:45 I went to ash and Ming picked up a shot of Moonshine and Gentlemens jack I went back 2:00 to Hallisey dr. I was $^{39}240.30$ - *Aggravated harassment annoyed* by Santos O Romero while he was acting a nuisance repeatedly stating "Huh,What, huh" in a gross negligent manner creating a nuisance arrogant manner, maiming childish with one of his federal agent friends. I stated "You're more than annoying, I'm annoyed. I'm going to go to sleep now." I left back to the house, took a Xanax to sleep from being annoyed by the aggravation, took a shot of gentlemen's jack, and went to lay down.

**(1.)** group of people were shaking the car when I woke up in the vehicle, I didn't have the keys on me or any way of getting the keys. I didn't know how I got in my car, I jumped into the

back seat where they're was two other people.

**(2.)** I was asleep again and someone pulled me out briefly hearing these are your checks

someone has been embezzling all your money forging and spending your money.

**(3.)** They put my vehicle on the main road closing off Wilson akers down to white ln and Gosford.

**(4.)** police officers and sheriffs were standing out with federal agents and homeland

security agents, people were standing outside enjoying what was occurring.

**(5.)** embezzling laundering the rest of the money dispersing it through out sections of kern county

**(6.)** aiding with Appleton wi and Oshkosh in which they were doing the same in several other parts of the united states.

**(7.)** involving exploitation of documents and altered documents related to identification documents embezzled for money and property, exclusionary licensing or discriminatory in

aiding and abetting with other groups involved through fraud committing *wire fraud*

receiving money from other states. along with the people involved on may 8th 2018

who had *grand theft* money assets spent on mansions, luxury sport cars. (spent assets, of the stolen property obtained by the unlawful activity.)

   **(b)**[40] Roads were closed throughout the county. Parading and displaying the counties new Dump Trucks, and city transportations of Get Buses, Old friends from high school were having rides on the Get Bus. Taking cite seeing as to what was going on of interest where the police were involved on akers and Wilson rd.

   **(c)** [41]The vehicle was placed on the main intersection of Wilson and Akers towards White ln and Gosford rd. I was woken up while struck from the back by another vehicle, I was woken up once more while being direct hit of a Toyota 4 Runner by hitting the breaks heavily, [42]My face hit the steering wheel breaking my nose and hitting my forehead. I see Lupe Rivers Toyota 4 Runner in front of me as I slightly looked up. My car was filled with smoke coming in from the vents. I attempted to get out of the vehicle, the car hit the curb on Gosford next to taco bell.

   **(d)**[43]People were standing on the curb on the opposite side of the street next to Fast Trip, there were two young women jumping around holding up Two "million dollars" bonds. [woman 1] was wearing a red sweater and jeans. [Woman 2] was wearing a striped shirt, and khaki shorts. I was out of the car blindly walking. Someone put me in the back of the car and put me in the shell station on Gosford. Woke up standing next to my car by the tire pump. I was crouched down attempting to add air into the tire. Someone asked, "if I needed help, and the fix a flat won't work the tires are shredded." looked over and seen Daniel Raymond on a motorcycle with a camera. I see Jackie Rivers, and Lupe rivers in the 4-runner watching me. I blacked out and fell down, heard a woman screaming "ouch!"

**(1.)** The Toyota Camry was tampered with prior to using the car. Engine parts were removed, along with other areas that were tampered with including the removal of vehicle fluids, and oils.

**(2.)** The steering wheel was tightened and fixed for it not to make turns.

**(3.)** Tires were shredded through to bear rim grinding.

   **(e)** Speaking on separate issues before the fact of the incident on March of 2018 in the resident of Seligman dr. And the Money laundering attack where the plaintiff was dying, due to a group that committed an unlawful act in attempt to commit money laundering, and wire fraud, as well as embezzlement theft and the intentional malice deprivation expressed by an actual attempt in murdering the plaintiff for the theft and concealment "cover up"of a home and a car that was stolen from the plaintiff when it was purchased on Seligman block. The Home that was bought on the Seligman block was stolen by a group of African Americans that squatted and intend to lie malicious deceit and manipulate for the home.

   **(f)** I was driven to Corvalis Park someone parked the car pulled me out the back and ran away, in the direction of Gosford and white ln. Someone laid me on the grass, and the police and ambulance arrived. **No FEAR Act** increases the accountability of **federal** departments and agencies for acts of discrimination. The law enforcement group in Bakersfield ca cited and committed a wrongful detainer after the resident's enjoyment of curiosity to their "events" concluding white-collar crimes; Blue-Collar crimes deterrent from extremist of white supremacist.

Inclusive to wrongful procedure peculiar of embezzlement schemes of being extorted in a fraudulent manner.

1.I was taken to the hospital after the fact the event, of parading in her lingerie dancing and having sex

2.I was on a false arrest after the hospital release, where they had taken me to the downtown precent.

3.Wrongful detainer detaining of my license while i was not the driver.

---

[39]19 U.S. Code § 1592 - Penalties for fraud, gross negligence, and negligence

[40]18 U.S.C. § 1503 Obstruction of Justice

[41]7 U.S. Code § 2581.Intent

[42]18 U.S. Code § 1111.Murder

[43]18 U.S.C. § 1956 - U.S. Code - Unannotated Title 18. Crimes and Criminal Procedure § 1956. Laundering of monetary instruments

**19 U.S. Code § 1592 - Penalties for fraud, gross negligence, and negligence**

      Intentional deceit directed as a hate crime towards the plaintiff as a premeditated scheme that involved a murder or in attempt given that the situation may have been in accessory with intent to murder the individual in the occurrence of the crime committed towards the plaintiff.

initial cause the plaintiff was in the middle of the streets dying instead of being picked up by ambulance. Intentional Gross negligence Disregard for human life "Murder was intentional displaying more of a hate crime directed to the plaintiff, attempted murder through the, Unlawful act of money laundering or intentional retrieval of property and money or assets that were known about by the group that had murderous intentions directed as a threat for the property.  intentional deprivation of due law.

**18 U.S. Code § 1111.Murder**

      After the fact the defendant acts were gruesome, intentionally targeting "the plaintiff." pure malice motive evil act in committing severe crimes that would be considered intent to act with aforethought to kill the victim irrational. Aggravated murder by committing an obstruction of justice involving a murder of the victim Infront of residents displaying the gruesome event to launder money from the plaintiff to intentional deprivation by entertaining local groups with an attempt to murder.

**18 U.S. Code § 3. Accessory after the fact**

ransom influenced against abetting in allowing certain groups to commit fraud against a indifference disregard influence solely based on family issues as to not getting caught or having certain individuals have libel conversations of topic being used.

**18 U.S.C. § 1001 knowingly and willfully**

Conspirators Fraud involving using the identity to create an opinion to argue causing a deceitful action against certain person is known to be a disregard to human life. Multitude severe forms of negligence compiled out of spite in racketeering against the individual noted or displayed in media figure causing such defamation. holding to a regard as to how the persons group in the county had gained wealth spite all the crimes. as hate directed against a single person and displaying a video of the plaintiff being raped horrible and humiliating intentionally cause death.

Embezzlement of property and assets main intentions in depriving of any property that pertained to the plaintiff. Goes to show of the lengthy time involved throughout. In question entrusted items or property weren't intended on being presented to the plaintiff in the manner intended on.

# VIOLATION OF THE CONSTITUTIONAL RIGHTS

Due Process — Void-for-Vagueness

**Rule 403. Excluding Relevant Evidence for Prejudice, Confusion, Waste of Time, or Other Reasons**

# 3.C Violation of Civil Rights F.B.I

**(A.)** Federal agents committed an obstruction of justice. as white-collar criminal acts in the approach of racketeering. Influencing acts as own valued enforced system. Thus, as overt acts combating crimes or criminal intent. Was overlooked in committing unlawful activity of intentions, General conspiracy to commit money laundering through overt acts. Intentions of committing a murder for retrieval of property of interest.

**(B.)** The federal agents, as well as Department of homeland security intentions of committing Hate crimes severe crimes through discrimination. Intentions of crimes of abuse or disruption of the innocence. Racial discrimination over looks and superficial means. Within the

misconduct of the federal agents and the manner abused or powers rendered abused. Overview of the criminal misconduct of their actions, separated on their Intentions of committing acts of coercion, rape, defamation, discrimination libel, Extortion or entrapment. Agents act of soliciting to murder. to evade of fraud and unlawful activity through their use of drugs. That lead to the misconduct to unlawful act of money laundering.

(**C.**) Retrieval of the declaratory of cruelty. Cruelty afflicted against plaintiff from federal agents and law enforcement. Public corruption due to the fact the agents had intentionally committed several rapes to a controversy event upheld within the porn industry. In attempt for commercial gain or federal interest as to what is exploited, in committing extortion against person for self-gain of finances, laundered through white-collar terrorist groups influenced through federal agencies, and department of homeland security, Department of defense. The counties wrongful uses on certain procedures of A.S.M.Research. or through actual occurrence's in contracting murder-for-hire through their abuse with certain groups known to the plaintiff.

# 4.D  Julio Alvarez

(**a**)[44]Extorted the identity aggravating factors. upon aggravated identity theft, purloined By targeting the plaintiff through public corruptions. and wrongful acts of discrimination through media content. [45]Malicious code used through encrypted documents through the racketeering of media documents. Police corruption aiding and abetting with federal agents. within the agencies to posse hostility and threats striking fear as intimidation. Committing unlawful acts in controversial situation as conflict of interest. Unlawful conversions of property through foreign groups through the time of public's interest. Which was the property of the plaintiff targeted through controversial matters. Sole intentions to discriminate county through county from agencies.

(**b**)Intention solely on corruption to evade the embezzlement interest in financial gain. Intentions set to do wrong or cause harm of person through media documents. Or snuff films being sold by people intended to do or cause harm through los Angeles. libel slander means of public corruption by discriminating of the identity. Committing Bank fraud or any form of financial fraud.[49]Bad faith upon certain los Angeles conspirators causing damage against person's life. Fraudulent conspirator committing intentional infliction of extortion. Recovering assets and property through abrogated crimes for self-gain. Causing Embezzlement through cities and counties of California as well as other states of intentional infliction as deprivation of life. [50]criminal liability of involvement to perform the crime, wrongful presentation of a murder, or cause of reckless behavior, upon committing numerous discretionary acts of assault, or manslaughter, to murder.

**(c)** True threats upon performing unlawful acts as the accessory to the crime. In committing damage against "person" as hate crimes or cause damage of disruption of innocence.  the persons committing the criminal acts against the innocence to cause irreprehensible damage in destroying or deteriorating. at social reputation of any means causing irreversible damage. Breach of peace upon Frame up influencing malicious character as conspiracy contract or in effect due to title as "contracts" or murder for hire as of relevancies of the implications of intentional involvement means of great burden, to the cause of the ill intentional *Frame up. "bad advice"* illogical extortion on proceedings of theft and deceitful acts contracted with the intentions of Embezzlement or unlawful acts as the interference to deteriorate as Murder for the attempt's and the illogical use of creating and recording the Murder film of actual Blood release fearful deaths.

---

[44] 18 U.S.C § 1028 - Fraud and related activity in connection with identification documents, authentication features, and information

[45] 2403 Hobbs Act- Extortion By force,violcence,or fear

[46] 18 U.S. Code § 1341 - Frauds and swindles

[47] 18 U.S.C aiding and abetting ----Virtually every federal criminal statute has a hidden feature; primary offenders and even their most casual accomplices face equal punishment. This is the work of 18 U.S.C. § 2, which visits the same consequences on anyone who orders or intentionally assists in the commission of a federal crime. https://crsreports.congress.gov

[48] 18 U.S. Code § 241.Conspiracy against rights

[49] Aside from capital offenses, crimes which congress associated with terrorism may be prosecuted at any time if they result in a death or serious injury or create a foreseeable risk of death or serious injury. Implicating act of terrorism, a terrorist defendant, conspirator of use of a rape or sex offenses

[50] 18 U.S. Code[7] 18 U.S. Code § 1112.Manslaughter

**18 U.S. Code § 1028 - Fraud and related activity in connection with identification
documents, authentication features, and information**

Actual causation in committing fraud related to identity of person known to the defendant due to
controversial rape exploited by the person within los Angeles intentions of concealing their actions Bank Fraud or
any reluctant aspect of committing aggravating factors of identity theft in contemptable holding of the first cause.
Voluntary aspect of involvement with third-party in the proceedings of extortion.

**2403 Hobbs Act- Extortion**

Generally, the extortionate obtaining of property by the wrongful use of actual or
threatened force or violence in a commercial. dispute requires proof of a defendant's intent to
induce the victim to give up property. No additional proof is required that the defendant was not
entitled to such property or that he knew he had no claim to the property which he sought to
obtain. *See United States v. Agnes*, 581 F.Supp. 462 (E.D. Pa. 1984), *aff'd*, 753 F.2d 293, 297-
300 (3d Cir. 1985) (rejecting claim of right defense to defendant's use of violence to withdraw
property from a business partnership).

Moreover, attempted extortion may include an attempt to instill fear in a federal agent
conducting a covert investigation or a defendant "made of unusually stern stuff." *See United
States v. Gambino*, 566 F.2d 414, 419 (2d Cir. 1977) (argument that FBI agent pretending to be
extortion victim could not be placed in fear is not a defense to attempted extortion of the agent);
*see also United States v. Ward*, 914 F.2d 1340, 1347 (9th Cir. 1990) (an attempt to instill fear
included a demand for money from a victim who knew that the defendant was only pretending to

be a federal undercover agent when he threatened the victim with prosecution unless money was paid). Evaluated altercation involvement of "homeless kid tony"

### 18 U.S. Code § 1341 - Frauds and swindles

An accessory after the fact was one who, "knowing a felony to have been committed, receive[d], relieve[d], comfort[ed], or assist[ed] the felon." The common law erected Several procedural barriers for the benefit of accessories in felony cases having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use.

### 18 U.S.C aiding and abetting

(willfully causing a crime) applies to defendants who work through either witting or unwitting intermediaries, through the guilty or the innocent. Section 2(b) applies even if the intermediary is unaware of the nature of his conduct. Section 2(a) requires two guilty parties, a primary offender and an accomplice. Section 2(b) permits prosecution when there is only one guilty party, a "causing" individual and an innocent agent. Both subsections, however, require a completed offense.

### 18 U.S. Code § 241.Conspiracy against rights

Conspiring against plaintiff and his rights to possess or maim, extort. Accessory after the fact the criminal intent used the plaintiff embezzlement of public money. Or of any civil matters adjourned to obtain. Categorized through criteria of A.S.M.Research. or holding the identity of the person as the civil matter in a political interest of categorized A.S.M.R. after the fact "Defendants" involved within committing the rape in aid and abet of person.

### 18 U.S. Code § 1112.Manslaughter

Assailants of third-party involved for the financial aspect of the occurrences. Or to obtain as ransom money for the occurrences of the damage to person of citizen to obtain finances. upon the victims' assets and property after committing certain crimes influenced on racketeering against person "Targeted". Person identified known to have conflict of interest for property of the individual. Used for commercial gain through media. Political conflict of totality in the matter of a murder

## 5.E

## Enterprise Holdings

**(A)** Enterprise rent a car employee conspired artifice schemes. Embezzlement well as grand theft, of property obtained out of decrypted identification documents. discovered certain data encrypted and concealed with my identity. The identification documents contained contracts that were breached aggravated identity theft in attempt to embezzle for own self gain. It obtained video links displaying me getting raped by an obese disgusting woman along with xml and html links to the uploaded video showing how many uploads, views, and downloads, and dvd's of influenced murders of the same person.

**(B)** *Discrimination* against the former employee, factual *defamation* and intentional deprivation creating humiliating *slandering* statements against the plaintiff. Insinuating scheme against the plaintiff as *libel*. The former employees held communications with the plaintiff's previous friendships causing *deceit* and having *malicious intentions* of committing crimes against the plaintiff for their own self gain of use encountering the rape video for their own self gain. Discrimination *hate crime* intended on causing *bodily injury* or their own justification by murdering the plaintiff to *evade after embezzling*.

**(C.)** Accessory after the fact *culpability* to their actions influencing of actions committing *grand theft* of their time while using psychedelics and other narcotics with the residents of Bakersfield and Wisconsin. Committing drug trafficking across states from California to Wisconsin to obtain the money from the Rape video and drop off drugs. The former employees got hostile against the plaintiff out of spite stolen the money received from the class action lawsuit and began to hand out money to other conspirators involved. causing defamation slander of handing out rape videos to residents in Bakersfield the former employees committed fraud against the plaintiff stated "that they were only involved to receive money of the gruesome act displaying "the plaintiff" former employee being raped. Residents and employees to the company found it entertaining in committing the malicious acts against the plaintiff to ruin the reputation of the plaintiff and deprive of real property presumably malicious intentions on money laundering causing unlawful acts against the plaintiff. intentions of committing murder in attempt to evade arrest involvement of public corruption and white-collar crimes in attempt to murder the plaintiff in conspiring agreement of premeditated crimes with the father and the mother along with their family committing fraud in general against the plaintiff for the intentional deprivation of actual property pertaining to the plaintiff money involved.

**(D.)**" Federal Hoax" dumb saying of general thought. purloin in common knowledge of holding something against as "Blackmail" due to the scheme or of individual thought in aspect schemes aid of racketeering, corrupt far-right wing extremist, certain crimes held capable to there "language of speaking, joking. By-standard of event due to certain crimes committed involving general "Grand Theft; or Embezzlement; Accessory after the fact" ("id") General ideal aspect of being able to commit the general ideal principle of crimes against certain person Aggravating point of conspiracy to murder, in aid of "Higher Law" to cause "Frame-up" as after the fact. ("Id") Federal Hoax

---

[51] 18 U.S. Code § 249.Hate crime acts

[52] 18 U.S. Code § 1028A.Aggravated identity theft

[53] 10 U.S. Code § 920 - Art. 120. Rape and sexual assault generally

[54] 28 U.S. Code § 4101.Definitions

[55] 18 U.S. Code § 2421A - Promotion or facilitation of prostitution and reckless disregard of sex trafficking

[56] 19 U.S. Code § 1592 - Penalties for fraud, gross negligence, and negligence

[57] 18 U.S. Code § 641.Public money, property or records

[58] 18 U.S. Code § 1957.Engaging in monetary transactions in property derived from specified unlawful activity

[59] 18 U.S. Code § 1111.Murder

### 18 U.S. Code § 1028A.Aggravated identity theft

Manager's and affiliated employees within the county had stolen the identity of an employee for own use in personal interest under their discretionary, without the knowledge of the person or their intentions of Racketeering the identity of the person of interest or seeking for such actions against person that is of value within their discretionary process, racketeering or Embezzling of identity with the use of their companies.

### 18 U.S. Code § 249.Hate crime acts

White supremacist with intentions of physical assaults intentional acts of committing harm, for entertainment in committing harm against targeted persons, or severe "bodily injury" or means of committing torture of emotional or psychological harm to the victim by depriving of contacting police against them or threat of committing worse intentions against. Hiring malicious group to sabotage or carry out crimes against. Actus-reus of satisfaction against targeted life.

### 10 U.S. Code § 920 - Art. 120. Rape and sexual assault generally

Gross negligent former employees hire most disgusting person to commit a humiliating rape against targeted person "victim" the act of their entertainment of committing assault against person for such hate against. Example. Of or acts of penetration, however slight, of the vulva or penis or anus of another by any part of the body or any object, with an intent to abuse, humiliate, harass, or degrade any person or to arouse or gratify the sexual desire of any person.

### 28 U.S. Code § 4101.Definitions

 defamation, libel, slander, or similar claim alleging that forms of speech are false, have caused damage to reputation of targeted persons. that share a common factual basis and display a single goal or intent.

### 18 U.S. Code § 2421A - Promotion or facilitation of prostitution and reckless disregard of sex trafficking

Accessory after the fact label publications of slander deeming of hiring for a gross negligent of individual in solicitation of prostitute in committing a premeditated rape against target. Or in attempt to give the targeted victim bodily damage of sexually transmitted diseases. In copyright material exploiting the intentional motive of damaging or causing bodily damage.

### 19 U.S. Code § 1592 - Penalties for fraud, gross negligence, and negligence

Gross negligent act knowingly committing acts of criminal intent or unforeseeable amount of risk against target willfully at fault of fraudulent amount of discrimination of the person knowing it would cause death.

**18 U.S. Code § 641.Public money, property or records**

Embezzling out of certain malicious code within content on the amount of controversy of what is of value to the group in concise of interest to their own regards. Public corruption of federal officials to their actions as White-collar crimes discrimination acts as Hate crimes acts white supremacy in certain acts of extremism.

**18 U.S. Code § 1957.Engaging in monetary transactions in property derived from specified unlawful activity**

Engaging in attempt to illegally convert property or any misc. Identity entitled property of value as grand theft. Or Embezzlement theft of large amount of money, intentionally exploited to cause harassment or assault against person of property belonged to with such attention from federal agencies or groups, involved for the hostile activity protruding activity in certain acts of extremism.

**18 U.S. Code § 1111.Murder**

Accessory after the fact former group of employers acted malicious against plaintiff for proceedings of criminal actions against in evil malice or deceit of the actual intentions of committing crime against the plaintiff. in retribution of the actual intent of results of serious consequences or result in severe bodily damage. Or to an extremity deceit by Extortion lead up to wrongful act, damaging reputation by terrorist. Blackmail content as imprisonment federal extortion, serious extortion that could be evidently similar to murder. Women involved causing enacts and unlawful activity for money.

# 6.F Starbucks corp.

Starbucks in Bakersfield, CA involved in racketeering offense influenced on [60]white-collar crimes. Manager employees within the company knowingly involved under certain circumstances that an employee involved within the company was gruesomely raped by a groteque person being obese defamation to the extent of humility. The employees intentionally committed manslaughter as employees and persons commits sexual assault, Abuse, humiliate, harass, or degrade the employee that was raped and humiliated intentional by aiding and abetting [61]uploading the Rape content of the [62]employee on Pornhub, Hamster, Facebook, and all other adult websites. [63]voluntary manslaughter of the managers, and, employee's gratification in [64]committing violations against the person of [65]target for their self-gain, cost to afford luxury at the expense of the victim, in a wrongful appropriation to commit the offenses. 18 U.S. Code § 1112.Manslaughter;18 U.S. Code § 666 – Embezzlement theft, as well as [66]18 U.S. Code § 371 - Conspiracy to commit offense or to defraud United States; 18 U.S. Code § 1028A.Aggravated identity theft; 18 U.S.C§ 3 aid-and-abet; 18 U.S. Code CHAPTER 96—RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS; Cybercrime 18 U.S.C. § 1030; 18 U.S. Code § 2421A - Promotion or facilitation of prostitution and reckless disregard of sex trafficking; 18 U.S. Code § 873 – Blackmail using the [67]content of snuff films and rape films involving the plaintiff being brutally slaughtered, residents of [68]kern county, all hold copies of the altercation of the plaintiff being raped, and murdered created amongst the employees involved within the company.

---

[60]18 U.S. Code CHAPTER 96—RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS

[61]Cybercrime 18 U.S.C. § 1030

[62]18 U.S. Code § 2421A - Promotion or facilitation of prostitution and reckless disregard of sex trafficking

[63]18 U.S. Code § 1112.Manslaughter

[64]*18 U.S. Code § 373.Solicitation to commit a crime of violence*

[65]18 U.S. Code § 1028A.Aggravated identity theft

[66]18 U.S.C§ 3 aid-and-abet

[67]18 U.S. Code § 873 – Blackmail

[68]18 U.S. Code § 666 - Theft

[69]28 U.S. Code § 4101.Definitions

## 18 U.S. Code § 1112.Manslaughter

Imposing a criminal double jeopardy conspiring as accessory before the fact harm was of an agreement amongst the employees and a group responsible with Megan Murray that agreed on committing the act of an intentional rape against the plaintiff. Construction in media content against plaintiff as discrimination hate related, moreover of actual property or something of value to the identified person that has been tricked out of real property, or more over his rights. County government manipulation of several schemes portrayed in the area of actual rights against criminal intent to commit a robbery or extortion for the plaintiff proceedings in court or awardee involvement of "Porn-stars" companies and industries, Music artist of involvement of music or movies.

### 18 U.S. Code § 666 - Theft or bribery concerning programs receiving Federal funds

An exploitation of Embezzled money as forms of payment, to the employees, or residents of their choice of favoritism unlawful portrayed a betrayal of retrieving assets and unlawful conversion, breach of contracts involving software for malicious code in conversion of extortion for payment. Indifference of actual content still involved with the identity for as long as it did in the manner held against the plaintiff as its value for wrongdoing or as any other invasive character intrudes against identity in material of real identity. Without causing harm or reasons the residents were in attempt to commit a murder.

## 28 U.S. Code § 4101.Definitions

Partners voluntary commit discrimination hates crime as overt acts. Causing occurrences of a crime of violence by exploiting the content of the rape video amongst their groups categorized through white-collar fixed criminal organization. Inflicting fear or imposing threat against through their use of psychedelic drugs. The woman and homosexual groups hosting criteria against person "targeted" to abuse and or use through A.S.M.R and activity hosted through Department of defense.

7.G Rudy Romero

       Aid of racketeering, aid to cause damage amongst person of Target due to the fact.
Accessory to the principal of ideal knowledge to commit crimes against person or use as
accessory against the "Target" knowingly capable of committing schemes of crimes, in general
idea involved with Organizations and corrupt companies in the aid of criminal intent, Fraud in
aspect of person through influence activity of schemes as aggravating factors.  Deterrent after the
fact, factors in commission turn to trends. Area in interest of commission in Barr, fraud on the
commission of the barr, intentionally selling identity documents, or the commission of the Barr.
Selling Material influenced of cybercrime aid of racketeering in committing a crime of violence.
Identity theft due to material of identity in terms of committing embezzlement or scheme of all
things to convert. Receiving financial self-gain, to abet in actual crimes of occurrences. Schemes
influenced on financial gain in aid of committing crimes against person. Many crimes committed
through use of computer, involving the aid of Foreign Terrorist Organizations influenced on
religion, on committing actual crimes against person for terrorist financing. Terrorism by
carrying out the crimes. Fraud due to the fact on Conspiracy, aid and abet, Racketeering, Grand
Theft, and Embezzlement based on aggravating factors from Foreign Terrorist Organizations. El
Salvador committing heinous crimes in aid of Racketeering or unlawful actions to conceal the
true intentions of crimes against the Plaintiff "Target". Aid of corrupt organizations such as
VBF; in aid of the foreign terrorist organization. And the sound technician committing fraud
against person of "target".

       (A)Influenced on committing or Targeting "the plaintiff "After the fact through
Entertainment Media, and Porn Industry material in aid of committing of a Rape, involved within
media material influenced on committing acts or thought on involvement as accessory in
monetary laundering, Can-Spam; A-S-M-Research, or patented Material.

       (B)"Sellbacks "in identity material obtained through the material, or use for commercial
gain influenced of aid of embezzlement of a rape; rape content; rape material; racketeering
influenced rape and extortion of content; in commissions of aiding rape material against
government through business fraud of knowingly of discovery for Financial fraud affluence on
selling the material to the *doj("id")* "mere on discovery of content or material, aiding and
conspiracy influenced on material; conspiracy to commit crimes of extortion, Murder-for-hire
material, of actual occurrences to the aid of racketeering; White-Criminal Groups involved in
Conspiracy against person Racketeering Influenced; Involved With High Authority Influenced
through LAW, and Government.

       (C) Fraud on Corruption, and Police Corruption deterrer of evidence through financial
affiliation. Of certain groups committing actual crimes such as rape, murders, or affluence
criminal aforethought in conspiracy to commit a crime against a person of White-Color Terror
activity; Fraud on conversion of "media content; and rape content" for money, assets or trade
commission of actual evidence of property, as Contracts with intent to commit fraud.

       (D)Music material pertaining to sept 2004 Rudy A Romero had 10 U.S. Code § 920 - Art.
120. Rape and sexual assault generally;18 U.S.C. § 1001 Knowingly and willfully regarding a;
42 U.S.Code § 3617.Interference, coercion, or intimidation on and off with deceitful intent to
malicious 18 U.S. Code § 873 – Blackmail; **(a)** throughout two separate years through my high
school. [70]The first time Rudy stopped me as I was leaving out of the restroom, He forced me to
stop, by stating that he wanted to show me something. [71]He pulled his private part out and said
look, I walked away with force, he pulled me back by the belt hoop, as I tried to walk away
telling him to stop. Rudy forcibly pulled my private part and began to masturbate and groping
my private parts Infront of his laptop on chat roulette. **(b)** [72]I was a junior in High School Rudy
was dropping me off my house, I was getting ready to leave he reached over and pulled my
private part repeatedly stating "no foo wait, no foo wait I said "Yo, you got to stop. I have to go

inside" he pulled his private part out and began to masturbate Infront of me as he was intentionally grabbing and masturbating my private parts. **(c)** [73]I was sitting on the couch after several of my friends had left to a party. I was about to leave when they had told me "yo,lets get the fuck out of here" Rudy had stated Infront of them that I couldn't leave or else he wasn't going to be coming back here with you guys.[74]After they left Rudy had pulled out his private part, [75]grabbed my arm and forcibly put my hand on his private part, [76]he used his hand on mine to masturbate his private part until ejaculation I attempted several times on pulling my arm away and leaving, he forcibly pulled and held my arm until he ejaculated.

---

[70]18 U.S.C. § 1001 Knowingly and willfully

[71]18 U.S. Code CHAPTER 96—RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS

[72]18 U.S. Code § 371 - Conspiracy to commit offense or to defraud United States

[73]18 U.S.C. § 1030- Cybercrime 18 U.S.C. § 1030

[74]18 U.S. Code § 1343. Fraud by wire, radio, or television

[75]42 U.S. Code § 3617.Interference, coercion, or intimidation

[76]10 U.S. Code § 920 - Art. 120. Rape and sexual assault generally

[77]18 U.S.C§ 3 aid-and-abet

**18 U.S.C. § 1001 Knowingly and willfully**

Knowingly of his actions were influenced on committing harm against person severe emotional damage. After the fact his intentions were heinous. Willfully committed more severe criminal actions against person as sexual violence against for his gratification in promiscuity. Certain traits of actions held accountable influenced through media or music genre of committing such actions against person.

**18 U.S. Code CHAPTER 96—RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS**

White-collar corruption through his circle of homosexual groups influenced on racketeering or holding themselves of certain actions or titles as "The Lords".

1.initiate violent behavior amongst group of persons "targeted", cause of coercion,

2.Holding conspiracy to a violent gratification of title in actually committing more than one time, solicitation to commit a crime of violence.

3.Cause damage against person's life, abuse and embezzle the pertaining matter of interest for self-gain due to the occurrences of actuality.

**18 U.S. Code § 371 - Conspiracy to commit offense or to defraud United States**

Within the mental capability of enduring actions against person or perceiving the ideal thought of committing certain deprivation traits of actions against person of target. In means of having mental state or capacity without threshold to commit such offense numerous times for gain or self-gain or use of the person to have commercial gain influenced through white-collar corrupt groups. Rendering his actions against influenced through racketeering as dark humor or intent on causing damage.

**18 U.S.C. § 1030- Cybercrime 18 U.S.C. § 1030**

Having hidden cameras recording of his deprived deranged state to save the videos of his rapes on his laptop, Or on scan disks. Render of malicious code through media documents facial recognition discovered videos saved through data and sold for certain criteria of satisfaction.

1.hidden cameras recording through devices, uploaded to his computer.

2.encrypted data rendering subject choice of interest through media documents, selling content for a higher value due to his abuse against person.

**18 U.S. Code § 1343. Fraud by wire, radio, or television**

Titled submission of recorded crimes against person of specific argumentative traits through media content such as music, or movie dialogue holding data content concealed within the data or document held as a trend.

**42 U.S. Code § 3617.Interference, coercion, or intimidation**

Cause of coercion, through intimidation of his mental capability of his actions held to the point of threshold. Holding the interferences of coercion as intimidation due to the amount of controversy. Concealing his actions within foreign terrorist groups of el Salvador, or other person of choice within the foreign country.

1.threatening to exploit certain traits of rape to friends involved within the occurrences.

2.threatening to humiliate or cause emotional states through time of junior high, and high school

**10 U.S. Code § 920 - Art. 120. Rape and sexual assault generally**

actuality of occurrences of inflicted action through time in school inflicting certain damage traits for his own reason. Or means of exploiting sexual promiscuity and actions held accountable reason to cause damage of reputation of actuality in occurrences through media content as boasting of occurrences. *Above statements regarding the actual rape.

**18 U.S.C§ 3 aid-and-abet**

Aiding and abetting to conceal certain actions of occurrences through foreign terrorist groups, using the acclaimed data, and document content withholding modules of certain deep state material of malicious code of certain afflictions against material of rape. Foreign terrorist religious group, committed acts against person of target to obtain of financial interest as an estate or a capital of financial asset due to the damage concurred.

# 8.I

# Valley Bible Fellowship

Bakersfield Vbf along with other church organizations within Kern County Held a controversial disposition involving their pastors and other characters of their congregation. Intentionally commit means of fraud amongst their groups. Reasoning from the altercations in a federal issue on conflicting grounds. Particular "persons" in means of the standardized negligence of certain irregularities that was advert in certain declaratory judgements. The Churches previous sound technician had obstructed in the event of actions held against certain "persons". Patented copyright law in business of peculiar conflict of interest, creating certain controversial factors affecting, referencing to the act of acquiring a business through illegal activity, operating a business with illegally derived income, or using a business to commit illegal acts. bribery, extortion, dealing in obscene matter, and drug crimes.

1.held conspiring agreement, in committing actual crimes for money through the county using the church and the congregation amongst the people.

2.holding declaratory judgments as a novation, on grounds of action taken against the matter factual occurrences.

3.committing of fraud against person from crimes committed against target, for the financial interest in racketeering abet of Grand theft due to the fact, of aid in White-collar groups.

Criteria in the matter of obscene material of business, in factual of extortion against "persons" from the Organization of interest, in which the Sound Technician committed an aggravating factor that was brought to the church's attention, on certain material involving the identity used through "media and radio fraud" amongst their congregation. Committing acts of *Rape, Ransom, Extortion, Defamation, Deprivation of color*. Targeting the "persons" identity or means of "person" conclusively, committing intentional criminal acts against for Embezzlement. Issues of "declaratory of judgements against targeted person, holding certain obscurities as "public corruption" raising the issue as extortion, and "blackmail", use of police corruption, in the event certain areas abrogated, evidentiary to the fact of any means in that of which is an *Entrapment* scheme. Actual fraud in controversy committing Conceptual crimes. Wrongful procedures with wrong intentions in committing crimes against person of "target". Obscurity in the event of actual thought of crimes in conspiracy to commit crimes against "Persons" imposing evidentiary murder due to the fact of crimes committed against person.

(A) churches congregation had intentionally conspired in the event against the "victim"

Imposing illegal actions, as their own. From what the opposition to their standard of committing the act or involving themselves for own financial gain.

(B) In the event of actual instances in committing premeditated crimes through use of the church, as a congregation involved influenced knowingly, purposely, recklessly, and negligently involved with certain material that is of a Ransom, Rape, and murder attempts with intentions of using that Rape video along with the videos of the Person getting murdered of that reason that is recorded for their own entertainment on recollection, and wronful conversion on Embezzlement Grand Theft.

(C) fraud a coercion against the conspirators involved as direction to commit a crime of violence, to produce attention from federal agencies in attempt to sell the crimes committee and filmed for the financial aspect of crimes committed against person for finances.

---

[78] 18 U.S. Code CHAPTER 51—HOMICIDE

[79] **18 U.S. Code § 1111.Murder**

[80] 18 U.S. Code CHAPTER 41—EXTORTION AND THREATS

[81] 18 U.S. Code § 249.Hate crime acts

[82] 28 U.S. Code § 4101.Defamation

[83] 18 U.S. Code § 242 - Deprivation of rights under color of law

[84] 18 U.S.C. § 1201 - U.S. Code - Unannotated Title 18. Crimes and Criminal Procedure § 1201. Kidnapping

[85] 18 U.S. Code § 1202.Ransom money

[86] 18 U.S.C. 1343—ELEMENTS OF WIRE FRAUD

[87] 10 U.S. Code § 920 - Art. 120. Rape and sexual assault generally

**18 U.S. Code CHAPTER 51—HOMICIDE**

- **18 U.S. Code § 1111.Murder**

Intentional actions of deprivation, within the county fixtured through white-collar corruption. Fixed upon the infliction of committing inchoate offenses, aggravated crimes against person in attempt to actually commit the murder, by conspiracy to commit a crime and the crime itself may be charged.

**18 U.S. Code CHAPTER 41—EXTORTION AND THREATS**

The use of white-collar crimes as extortion in profound use of the rape video and snuff content of the person of "target" used to commit crimes of murder inflicting pain as threats. And the influential aspect of committing crimes against the person without repercussions in for murdering the person.

**18 U.S. Code § 249.Hate crime acts**

Overt acts used with the title to the white-collar corruption as Hate Crimes or plain error against person used as target through the county for entertainment and satisfaction of committing harm or using the person for financial gain or self-gain in the promiscuity of criminal intent.

**28 U.S. Code § 4101.Defamation**

Hate crimes act in actual causing irreparable damage of actual harm of consecutive damage in attempt against person.

1.The rape video is used amongst groups of women, and less privileged people holding the content being held ransom for money as I am identified within the video being harmed and wronged by the person. The video is used as enacts of people involved in committing the crimes as boasting or trophies in committing murder or rape and capturing it for money.

2.Intentional damage of infliction to retrieve money associated with the actual harm done against the person.

**18 U.S. Code § 242 - Deprivation of rights under color of law**

Deprivation of rights under color associated with the white-collar criminal intentions as advertising by committing crimes against person targeted. Advertising the severity in damage afflicted against person as their higher white superiority way of life.

1.criminal intent by inflicting damage against person or committing schemes against target. Solely severe damage to gain financial interest to embezzle from person.

2.False arrest from police corruption due to their actual intentions after the fact, sole reason influenced on deprivation of rights by committing of their actions. Abuse of action

3.Women recklessly state (their influential criminal intent involvement in the media, to procure, purloin intentionally causing a reckless state of mind.

**18 U.S.C. § 1201 - U.S. Code - Unannotated Title 18. Crimes and Criminal Procedure § 1201. Kidnapping**

White-collar groups involved as federal agents committing crimes against their person of choice as their "target". By boasting as how much they can inflict criminal intent against and crimes they can get away with.

1.rape

2.soliciting the rape

3.extorting identity of target by use of the rape

4.Embezzlement theft; theft of actual property

5.Frame up "con influenced" by framing a person, for the money influenced on the identity of the character

6.Money laundering

7.Cyber-crimes, Fraud in general Aggravated identity theft

8.Actual murder, or conspiracy influenced through overt acts; conspiracy to murder

**18 U.S. Code § 1202.Ransom money**

Holding the actual content of the criminal intent of snuff films, and rapes of the person of "target" proceedings of actual content from assailants of the church holding the content as

ransom for money through federal jurisdiction. Influences categorized by federal employee, and his wife.

## 18 U.S.C. 1343—ELEMENTS OF WIRE FRAUD

Any influenced act carried out in the unlawful actions proceeding to be the elements of committing actual money laundering or aspects of money laundering within use of computers to communicate or hijack of influential crimes to conceal, or trade of any crimes to conceal. Concealing material as money laundering or wire fraud of actions committed through words or files as characters influenced as elements of wire fraud. Aggravated identity theft of use of the identity to commit fraud.

## 10 U.S. Code § 920 - Art. 120. Rape and sexual assault generally

Right wing extremist use and commit promiscuity of criminal intent, to cause reputational damage, social damage of irreparable harm. 500,000 people within the county have the actual content of the snuff film

1.people influenced through white-collar crimes by targeting the person to commit rape and other sexual assaults for their own private gain.

2. in the event of actual intent for their actions, in committing types of crime through their mental capability of holding culpability for their choices and actions.

# 10.J pt2 Organizations of affiliation to VBF

### §3A1.4 - TERRORISM

(a) Organization affiliated with the church branch out to VBF. Committed Terrorist offense due to the matter of self care or negligence due to the personal hygiene, considered to be terrorist due to the Diseases, and wrongful intentions of "Bad Blood". The Organization involved within the county and its church committed(b) [88]Aggravated Identity theft through aiding and abetting of racketeering, through white-collar criminal groups. Committing cybercrimes or use of a computer having criminal intent of extorting the "Target". Organizations known to be affiliated as assailants holding communication through computers, through use of malicious code. Fraud upon the infrastructure of the map in c++ in decrypting the material content committing an actual crime itself. Conspiracy with a group of people of acquainted, or terms of(c) [89]contractual relations with person out of state, or "hijacker" "hacker" to commit an actual rape and sexual assault against the person "targeted", by boasting and influencing the idea in the aspect of aiding and abetting. Involvement as affiliates rendering acts of general fraud against person of [90]"Target" to commit crimes against as (d)Aggravating factors as accessory to identity as "Targeting" with Wisconsin group as accessory to commit heinous crimes such as recording of a rape to ruin or damage the reputation of the person of targeted identity. the rapes against the person of "target", conspiracy to engage in actions of racketeering. (e)[91]Cybercrimes of general thought, attributed in creating infrastructure, based on [92]Fraud or of entity fraud targeting a person of identity. Or fraud, or in relation to Financial fraud; Embezzlement of aid to racketeering. (d)Accessory due to the fact of relation to financial advantage, of occurrence's in committing crimes against "target" for finances or self-gain. [93]Arguably of actual ransom for money, holding evidence of the actual crimes against person for the advantage of money, finances, or evidence of actual value. [95]Depicting the torture of Rape, evidence of using traits as photos, or videos depicting the actual events of occurrences against the "Victim" for the advantages of "Extortion" or "Blackmail" pertaining to the evidence withhold, or use of communications of trade of capital. Or wire of material for categories, of the crimes committed. in the issuances of agreement amongst person, or groups to commit aggravating crimes against "Target "holding person of interest "ransom" or of use for value in gain of the aspect after the fact, deterrent of Embezzlement. Or use of retaliation against host. Aspect to have material in discovery after the fact, Declarant ideal in aid of racketeering of Embezzlement principal. [96]Aiding to Racketeering amongst [97]White-Collar*("id")* group in aid to "Destroy; damage; Sabotage; or cause actual harm into, grievance to actual Murder, or attempt." purloin against person in general principal of discovering the content for own use of Targeting the victim to commit the crimes against for self-gain before, and after the fact of general principal. The Terrorist Organization based of terrorism due to Diseases of Aid's and H.I.V, Herpes; along with

dying people, holding content of material evidence as ransom for money, implying murder due to the occasion, of actual fraud, of those people holding snuff films and rape films of the plaintiff for money.

---

[88] 18 U.S.C 2 Aiding and abetting

[89] 18 USC Ch. 96: RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS

[90] 18 U.S. Code § 1028A.Aggravated identity theft

[91] 18 U.S.C. 1030- Cybercrimes

[92] 18 U.S. Code CHAPTER 31—EMBEZZLEMENT AND THEFT

[93] 18 U.S. Code § 1202.Ransom money

[94] 18 U.S. Code § 1341 - Frauds and swindles

[95] 10 U.S. Code § 920 - Art. 120. Rape and sexual assault generally

[96] 18 U.S. Code § 1111.Murder

[97] 18 U.S. Code § 242 - Deprivation of rights under color of law

**18 U.S.C 2 Aiding and abetting**

Organization aided and abetted of actual intention of committing domestic terrorism against person of target.

1.Organization committed priors to the influenced crime considered corruption

2." Bad advice" conceivable of the criminal intentions actions upheld in committing the actual aggravated crimes of identity theft, wrong intentions characterized.

3.Computer crimes of the content of material used within intentions of retrieving actual financial gain from the person identity of actual Embezzlement without his knowledge.

## 18 USC Ch. 96: RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS

Criminal intentions to inflict against in the aid of committing crimes against the person of target. For their own reasons to extort or harass to have financial gain. The amount of actual infliction against person considerably murders of the people involved disgusting influenced on other criminal intentions. Abusive of power or influenced on committing wrongful intentions against person of target. To evade or get away with committing the crimes that have the value of financial gain for the person wronged.

Other terrorist groups held in the category conceivable of the criminal intention's actions upheld 3A1.4 of actual terrorism event of torture by the conceivable traits of the criminal intentions. Involving the aiding and abetting of Salvadorian Terrorist Groups in Group 6 abusive of power in committing murder against the person they robbed.

## 18 U.S. Code § 1028A.Aggravated identity theft

Of actual crimes committed against the person concise for financial gain or use of the targeted person identity as aggravating factors for identity documents or influenced on computer malicious code to obtain or use of the identity in plain error holding the identity ransom deprivation of color to obtain material or finances involved within the identity.

## 18 U.S.C. 1030- Cybercrimes

Organization within holds training of certain procedural malicious code or use of code, withholding material of content and identity with video material and other photography material used to extort the plaintiff for financial self-gain as the estate holder to the material involved with valued categorized to the identified person.

1.Harm and actual damage held of content of public view as extortion, or cause harm of the crimes committed against targeted person to embezzle.

2.Tutorials of class explaining the access to devices, thorough explanation on retrieving the proceedings of extortion

3.Possess the abusive power on the explanation on retrieving the material, of value.

## 18 U.S. Code CHAPTER 31—EMBEZZLEMENT AND THEFT

Use of computers to commit embezzlement of content and other extremity used by the white-collar corrupt groups involved with knowledge on spreading their actions held accountable through the IoT to sabotage the life of a person as actual embezzlement of property and financial accountability as reasons to claim for the damage held as value to extort and embezzle.

## 18 U.S. Code § 1202.Ransom money

Content of knowledge of knowingly in the aspects the malicious code and using the traits of content with the identity of the person, any altercations previously used to the manner of acquiring money from Hispanic groups to depicted truth in their nature of committing the actual crimes of multiple concluding times. "groups are known to cause and inflict great damage for money or any ransom.

## 18 U.S. Code § 1341 - Frauds and swindles

Groups altercations to commit, any fraudulent act in the matter of severity for their own financial assertion in committing actual crimes for money. Realism in regards to the hate upon motivation from actual hate against the plaintiff, to retrieve money from relation.

1.use of the property with value to commit fraud against

2.Identity used to commit fraud, identity holds value

3.content holding the identified identity of the target embezzled along with the property.

4.accessories influenced on committing crimes against person for financial gain.

## 10 U.S. Code § 920 - Art. 120. Rape and sexual assault generally

Accessories to the content of material used and committed actual premeditation for their actions of actual occurrence. In committing rape and sexual assaults to obtain financial gain, or self-gain for their wrongful intentions in committing rape as overt acts influenced within their white-collar corruption.

## 18 U.S. Code § 1111.Murder

Public corruption influenced on racketeering in the person of target. Person of identity with value to obtain. Extremity to the issues with held as accessories after the fact having criminal intent against person attempt to murder or arise of issue to commit severe damage or premeditation acts held accountable as culpability for their actions severe to actual murder as retaliation.

## 18 U.S. Code § 242 - Deprivation of rights under color of law

Under civil jurisdiction residents of the county committed severe actions to their crimes for their self-gain and financial gain using the person of target. Accessories to commit murder or the event of conspiracy to murder in a disgusting matter in attempt to cause severe bodily damage or commit in actual murder after the fact Conspiracy of

the intentions to commit murder to the extremity. demanding to be removed of such alteration of organization after the fact their crimes were grotesque, foul.

    1.Aggravating factors of identity being targeted, cause damage to identity.

    2.pertaining to evade after actual aggravated robbery

    3. white collar criminal enterprise and their corrupt persons committing acts of terrorism, to evade embezzlement and actual intentions of murder after the fact the use of the person was for financial gain. And to commit fraud as terrorism.

# Doj

## Report of other state involvement

## 1622. 18 U.S.C. 1117 Conspiracy to Murder

Under certain regards of stacking of penalties to the aggravating factors related into conspiracy and its reasons through intentional acts related to white supremacy and financial related criminal intent. Of unexpected circumstances the crimes were committed with malicious intentions abrogated of actual affects in cognitive states of affiliation.

## 9-48.000- Computer fraud and abuse act

9-60.200 - Criminal Sanctions Against Illegal Electronic Surveillance; 9-60.400 - Criminal Sanctions Against Illegal Electronic Surveillance—The Foreign Intelligence Surveillance Act (FISA), 50 U.S.C. §1809; 9-71.001 - Introduction

Of involvement of material of interest through A.S.M. RESEARCH through computer acts intent of abuse and fraud involving identity documents. Of certain Federal Hoax's

1. Recordings and videography of sexual depiction of rape.
2. Recording of a gruesome ransom for money, and ransom on committing and sexual rape against "targeted" for money, due to the proceedings of extortion.
3. Aggregating white collar criminal intention on committing crimes against person "targeted" through media music content.
4. Foreign relation due to defense intelligence agency and surveillance involving A.S.M.Research
5. Related in certain Conspiracy cases amongst identity in an Identity Breach
6. Relevant in rape case of same identity, relevant embezzlement
7. Aggravated Murder by conspiracy, to commit retaliation due to financial aspect.

# 8(H.) Appleton police department

**(a.)** Wisconsin Outagamie county Appleton police department Insightly aided as accessory to the sexual assault rape against the plaintiff that had been wronged. "Persons" approach in the matter of interest was for personal gain from the residents of Appleton wi, and Oshkosh. The Wisconsin residents and personal friends. Actus-reus" of aggravated crimes thus as identity theft, conspiracy to commit a murder ("men's-rea") of premeditation rape or sexual assault, for extortion, of an actual "ransom" for money, and to commit the intentional act of raping the plaintiff. The Woman that carried out the act of ransom and rape for money, "a proprietary interest, unless the context shows that such term was intended to be used in a more limited sense." committed crimes for their own advantage of financial gain. *Embezzlement, of extortion proceedings or of actual property from of the "victim"*

**(b.)** Megan Murray had been stalking me since I was 12-year-old with her negligent friends, committing libel of slander through documents. Megan Murray had committed a premeditation aggravating crime Aggravated murder. The Wisconsin group of people had targeted me through the media content of music and movie dialogue, previous attempts in embezzling into a violent act against the plaintiff. Discrimination, blackmail or framing through the media content for concealing the actual nature of her intentions, or premeditation of crimes intent.

**(c.)** Megan Murray; and Whitney Murray premeditated a scheme in use of Daniel Robert Kenyon the third, and Rodney Gerard Kenyon, & officer Matthew Mcjager. to lure as an Entrapment or use of federal agent's state induces a person to commit a "crime" that the person would create a deception against acquainted to commit the intentional crime. Malicious intentions of lying as deception to actually rape the plaintiff committed a humiliating irreversible damage to reputation, ("men's-era") of actually depicting in attempt to murder the person, after

the fact the intentional damage had been committed or manslaughter had been portrayed through the interest of deterrent, of the embezzled life. Extortion, ransom of the plaintiff through two states and use of the plaintiff's family to evade and conceal the amount obtained from wrongful actions, the persons at fault primarily consciously aware of the wrongdoing that had been done, proceeded to upload the extortion act "Rape" on the internet by her friends that are consciously aware of how the encryption method of committing criminal intent against another for money, is considerably Murder-for-hire. Family involved as malicious intention for their own mean of having certain gain, or blackmail of extortion use of the sexual extortion video to commit a severe action against the plaintiff. Inciting acts-reus of a real murder.

   **(d.)** California companies concealed the intent of true nature and actual perception concealing the true threats of Hispanic groups involved in committing actual harm for the money involved. Extortion of previous communication's embezzling and grand theft or retrieval of use of the criminal content by soliciting fraud related documents, against the plaintiff as extortion California groups had been abetting or an accessory to actual criminal intention or adverse of committing a murder which was known by Megan Murray or the deception act of construction of a entrapment scheme for the intentions of committing harm against the plaintiff for her own perfuse perversion of acts being committed for their "framework of malicious code" being converted or embezzled unlawfully receiving the money compensation or theft of laundering or receiving of the plaintiff money through industries or companies involved with the plaintiff seeking out to do harm against as an ("men's-era") of extortion of civil rights discrimination of color, in a bias sense seeking immoral indifference on intentions on carrying out evil actions of criminal intentions. Now more overuse of the awardees of their actions on committing fraud against as the entrapment scheme from Outagamie police department in Wisconsin. That allowed them to become sheriff's and Federal agents in the sense of maiming or boasting on career event.

---

[98]18 U.S. Code CHAPTER 51—HOMICIDE

[99]18 U.S. Code § 1111.Murder

[100]18 U.S. Code § 2261A.Stalking

[101]18 U.S.C. 656 embezzlement

[102]1107. Murder-for-Hire 18 U.S.C. § 1958

[103]18 U.S. Code § 1117.Conspiracy to murder

[104]18 U.S. Code § 1121.Killing persons aiding Federal investigations or State correctional officers
[105]§1985. Conspiracy to interfere with civil rights
[106]§1988. Proceedings in vindication of civil rights
[107](18 U.S.C. § 1951) Hobbs Act

# Aggravated Murder

The abrogated group involved within the content of malicious code or used within the media of copyright material decrypted within software of computer programming. The malice group of Wisconsin Appleton targeted the identity of the plaintiff, used it for the intentions of extortion, or cause of actual damage of life with intentions of causing harm or bodily injury after the fact in or forms of evil aforethought as premeditation of committing aggravating crimes thus such that lead to murder or the fixation on disruption of the peace, on committing a gruesome act against or portraying a premeditation Murder.

## 18 U.S. Code CHAPTER 51—HOMICIDE

Various situations that constitute immorality of the nature of homicide, premeditation of intent, complex manner of intimidation or strike of threat to other person causing the injury, in another internet-related homicide, such as Snuff film's or voluntary acts against the same target of filming or hiring militia groups to torture and film on added criminal intentions as torture to murder.

## 18 U.S. Code § 1111.Murder

unconstitutional violation of the due law process cruelty in violation of the eighth amendment. Insinuating the residents of the county criminal intent of actual fault or the manner of evading from constituting an actual threat in attempt to murder the plaintiff, through the time in Wisconsin. Accessory after the fact groups related to or in communication to the criminal intent that carried out the crime. Mental capability on fixating situations as white-collar crimes to pose a threat or instill threatening physical harm deteriorating from fault of actions.

# 18 U.S. Code § 2261A.Stalking

cyber-stalking through malicious code, use of identity document obtaining the exploitation of identity. Insinuating wrong and harm doing against the plaintiff. Commits harassment aggravating crimes, stalking releasing information, as invasion of privacy in forms of extortion or committing fraud against the "person" severe criminal intent of those in relation to her, to actually cause intentional harm for self-gain. Receiving the extortions of the plaintiffs' actual property for their own self.

# 18 U.S.C. 656 embezzlement

The predicate offense was committed for a terrorist purpose, something held with entitlement or ownership alpha davit "bad faith. "corruptly unlawfully transferred, concealed of corrupt intent property used that of another person that use of no more than the name of another would be insufficient in receiving the same compensation, or that of value of what the document of title within that holds the identity, such as an identity document as harm done against the plaintiff. Otherwise, malice intentions of receiving the proceeds of extortion for wrongful conversion, of others criminal intent.

# 1107. Murder-for-Hire 18 U.S.C. § 1958

**(1.)** Transcending acts of money laundering unlawful acts of fraudulent "wire fraud" through correspondence of communications in receiving payment for the murder carried out.Unlawful domestic terrorist attack against their target. malice to receive money that carry's a possessor or property entitled to maliciously targeting of continuous blackmail or extort.

**(2.)** Conspiring agreement of fraudulent contractual relation intentional infliction acts such as false imprisonment have to cause personal injury as extortion "*bad faith*". the intent to extort from any person or civil defense. intentionally "attempts to cause knowingly or recklessly causes serious bodily injury or death. fraudulent scheme to take control he intervened holding that action Against misconduct, deceit and fraud, divert the property, Frauds. malicious act ambitions-such as covering up injury to reputation or other wrong matter of interest. *Extortion ("id")*

**(3.)** involving intentional conversion of cases intent to act, they are liable for Breach of contract is a legal cause of action and a type of civil wrong, in which a binding agreement or bargained-for exchange is not honored by one or more of the parties. in obscene matter lawsuit affected title or possession of property, rights of contract, or a person's civil rights, to make injury to

reputation or other wrong a matter of interest of a separate report exploitation of musical works using deep   psychological malpractice. tracking for compensation payment allocation

## 18 U.S. Code § 1117.Conspiracy to murder

involve the use or threat of force against a person, already includes *any* crime that "involves conduct that presents a serious potential risk" of harm to persons. Murderous schemes

## 18 U.S. Code § 1121.Killing persons aiding Federal investigations or State correctional officers

corrupt means of actual portraying a torture against person by using or abusing the use of the identity of another person for future purpose of committing a murder or premeditated overt act. Or the abuse of power by white supremacist or previous friendships committing crimes of fraud against my civil rights after the fact they intended on committing a malice rape or involved with certain groups in committing violent acts of crime, or allowing the crimes to take place regardless of the matter if person was held ransom, and acts of gross torture involved, for the satisfaction of third-party "family "in favor of committing gruesome acts against the plaintiff.

## §1985. Conspiracy to interfere with civil rights

Double Jeopardy Clause constitutionally vague, in attempt to constitute a democide ("men's-rea") unlawful murder-for-hire avoiding prosecutions or evading capital punishment for their acts at bottom, an argument. Before the fact criminal intentions were of means to cause harm or damage of other liberty of communication against the person in attempt to cause effect of extremity of the nature being True threats, in cause of label discrimination of literal statement's")

## §1988. Proceedings in vindication of civil rights

*Applicability of statutory and common law*
Person, or subject causes, citizen of the united states deprivation of rights or immunity of privileges, or actions of officers for an overt act as a declaratory relief was of extortion to the disposition of cause, to the unusual facts of a particular case. The jurisdiction in civil and criminal matters conferred on the district courts by the provisions of titles 13, 24, and 70 of the Revised Statutes for the protection of all persons in the United States in their civil rights.

## (18 U.S.C. § 1951) Hobbs Act

Extortion of identity through copy right material involving software of adjunction "code" "c++" the malicious code for encryption purposes for complexity of involvement with computers. conspiracy to commit robbery or extortion without reference to the conspiracy statute

at 18 U.S.C.Committing harm as extortion assault implying it would cause grief of bodily damage or death of the plaintiff through violent assailant as Murder-for hire, for the means of damaging the plaintiff in several forms other than just physically intimidate or acts of coercion, for the influenced extortion crime of money.

- Knowingly access computer with intent to commit slander against identified person
- Willfully commits acts of rape or sexual deviancy against plaintiff to ruin a life or reputation for the plaintiff money, or without the plaintiff's knowledge.
- Conspires to extort or create means of wiretap in fraudulent manners of producing the rape, along with the "ransom" statements conspired to commit a murder.
- Abuse of power extortion use of police officers or federal agent groups.

**(A) (a)** Megan Renee Murray had committed aggravating crimes within this factor of actual pertinent as exerted 18 U.S. Code § 2261A.Stalking and Cyber Stalking with Nathanial Yellman. The two had conspired events against the targeted person within their entertainment in the media for some years. Had intentionally used forms of what is known as malicious code through use of computer and certain criteria of software with endless criminal history against what intentions were of factual intentional mental capability of what their intentions are malice or of pure evil in committing fraud against the plaintiff. Creating slanderous content on defamation against the plaintiff for over 12 years, stealing or using the identity of the person targeted within the copyright material and or identification documents that 18 U.S. Code § 1038.False information and hoaxes.

**(a)**18 U.S. Code § 1112.Manslaughter against person of certain traits seeking to commit certain actions against in the form of fraud. Decrypting of concealed documents discovering certain traits. Megan Murray and Nathanial yallemean intentionally luring the plaintiff of deceitful actions or using of two other co-conspirators in the event that Megan Murray, and Nathanial yellmean had already apprehended Daniel Robert Kenyon and Rodney Kenyon to assist in deceptively luring their acquaintance "friend" to another state trusting of others to the extent to commit heinous crime.

**(c)** committing a ransom; rape on feb14th 2015 in Kimberly Wi on the night, we went out with two other people to dinner I had drinks throughout the night. while intoxicated and unconscious Megan Murray took me to her father's house and into his basement while unconscious, she called her friends to assist in committing the rape. by filming the sexual rape, the 300lb woman was missing teeth held me ransom in the basement while her friends were filming the process of stripping me out of my clothing. Acts of extortion of filming the video as the process of recording The Obese woman committing Disgusting sexual act while unconsciously and unaware of what is occurring for over 3 hours Wendy Finley, Fontaine and Nathanial yellmean had been involved on conspiring of the event that was of an occurrence. Filmed and recorded uploaded on the internet as 18 U.S. Code § 1202.Ransom money; 18 U.S. Code § 873 – Blackmail; Hobbs Act (18 U.S.C. § 1951)

---

[108]18 U.S. Code § 1111.Murder

[109]18 U.S. Code § 1028A.Aggravated identity theft

[110]10 U.S. Code § 920 - Art. 120. Rape and sexual assault generally

[111]§873. Blackmail

[112]18 U.S. Code § 1202.Ransom money

[113]18 U.S.C. § 666 Embezzlement

[114]18 U.S.C. § 1951 Hobbs act

## 18 U.S. Code § 1111.Murder

Concluding in the event of clear actions taken in the stacking of penalties, in the aspect of committing a murder. Or the intentions afflicted of having a severe impact. The conspirators' intention is held grievable

to the amount of controversy due to their actions applied in creating The Snuff film, or accomplice throughout the crimes committed or set to commit as the occurrences of their actions. Such occurrences of their actions are severe in that of what they have committed are permanent after the fact of satisfactions of their actions in receiving the overall compensation of the person they intend on murdering for that matter of interest as their speech is their actions.

- # 18 U.S. Code § 1028A.Aggravated identity theft
- 940. 18 U.S.C. Section 1341- elements of mail fraud
- 1463. Elements of Offenses 18 U.S.C. 495
- 18 USC Ch. 113: STOLEN PROPERTY

- 2319.Criminal infringement of a copyright.
- 2319A.Unauthorized fixation of and trafficking in sound recordings and music videos of live musical performances.
- 2319B.Unauthorized recording of motion pictures in a motion picture exhibition facility
- 18 U.S.C. 656 (relating to theft, embezzlement, or misapplication by bank officer or employee),
- 18 U.S.C. 664 (relating to theft from employee benefit plans)

- 18 U.S.C. 1002 (relating to possession of false papers to defraud United States),

- 18 U.S.C. 1003 (relating to demands against the United States involving $1,000 or more),
- 18 U.S.C. 1004 (relating to certification of checks),
- 18 U.S.C. 1005 (relating to bank entries, reports and transactions)

**10 U.S. Code § 920 - Art. 120. Rape and sexual assault generally**

Premeditation act of committing the rape intentionally, of mean of relieving herself from certain financial assertions of any dispute as to her stability. Cause of Emotional damage against the plaintiff from constitutional violations. In committing the film or the visual recording of the gross negligent sexual act slandering or cause of defamation uploading the content on the internet publishing the video on multiple popular domain websites to embarrass of formal communication means of Extortion. Encrypting the content as "forum" or encryption programs or software's that allow knowledgeable engineers progression of the expressed for exploitation of the video.

## §873. Blackmail

"discover the risk of harm." Consequently, when the sender "has actual knowledge or special reason to know," from prior Aiding and abetting with previous ex relationships of women with their friends, in exploiting the sexual rape amongst the women culture as Sextortion.

## 18 U.S. Code § 1202.Ransom money

Receiving the proceeds of extortion, amongst the exploited ransom rape video allocated within the junction of creating the malicious code in the interpretation of the Hobbs act, the conspirators involved in causing the obstruction by filming and uploading the cause of their actions of not going un noticed, or in the manner of wrong attention after the fact, holding recognizable traits of committing actions or exploiting their actions in general of holding someone ransom for the proceedings in receiving property or money.

## 18 U.S.C. § 666 Embezzlement

Wrongful appropriation in the alleged aspect of reporting, the severe actions for financial assertions within the ambiguity of corruption. Obstruction in the misconduct of the cruel punishment, actual intent perceiving of wrong doing involving law enforcement, within the actus-reus of intentionally committing the crime against "the victim" without the victim's knowledge. actual public corruption of wrongful conversion upon fraud in the court, in the alleged manner of reporting. Violating the victim's constitutional rights violation of the 14th, 3rd,4th Amendment of Extortion, involving public law enforcement aiding and abetting before the fact of intent was conspired with criminal intent of violating the 8th amendment by cruel punishment in allowing the rape to be the enact of extortion of

Extort to torture. Severity of unusual punishment cruel to the fact of the violation of human rights by committing the crime intentional and or having the provisional aspiration of malice attentions in the event of the aforethought. violation of the 4th of depriving actual reason for the plaintiff in proceeding from the altercation the rape video, involved in the heinous exploitation of Murderous events added within the video as a "Snuff film" deterrent of accomplices threatens to extort victims with physical or financial harm or the release of sensitive data.

 The United States through copyright material of Media documents. violation of the third amendment of extorting violation of breach of peace invasion of privacy of extortion acts by American soldiers, extorting plaintiff as clear "target" allocation of power between military and civil authorities as their

services. Violation of the 3rd and creates a realm of privacy governed by civil law, or oddity of
construction means cruel of entrapment scheme for severe punishments.as obtains considerable amounts
of information through the consent of third parties.

# 18 U.S.C. § 1951 Hobbs act

  Discrimination How far the due process principle undoes the sovereign immunity
principle depends in large part on how the Court defines "liberty" and "property. "A third
decision handed-down. depriving of liberty or property violation of federal law. When property
liberty is at stake. Most hate crime laws are qualified by the defendant's motive for choosing the
ill intentional manners. against constitutional violations. Wrongful prosecutions against plaintiff
in extortion of the actual "victim." Hate related from the defendant intentional crime against
plaintiff intentional deprivation of life (Article 2) and the right to be free from ill-treatment

(Article 3) more over negative due to blackmail against the plaintiff to lead to his death, the attempt in having intent on forcible suicide.

# 11.L DOJ

(H)The republic of el Salvador

18 U.S. Code § 2332b.Acts of terrorism transcending national boundaries

(1)(a) International group of Salvadorian's committed terrorists attack against a united states citizen. The Salvadorian group involvement with illegal immigrants [116]targeted my identity. involving decryption of documents. I have no relation, to the Salvadorian people. In attempt cause intimidation involving other u.s citizens they held communications virtually "IoT", causing a Disruption in my life. (b) hostility against the plaintiff by extortion, or physical injury force of intimidation. *aggravated identity theft* in forms *embezzlement of identity, and crimes that they hired "persons"* to *cyber stalk* or use as "target" by decrypting identified documents.

(c) Extortion influenced involving the hiring of Wisconsin woman in committing a rape as
Malicious act to ruin damage the reputation of the plaintiff. (d) criminal intent of Discrimination
by slander and libel, of the copyright material content of identification documents. Salvadorians
actions against the person of identity cause of reason was influenced from last name, the
international group of the Terrorist organization committed intentional Fraud involved in the
event of extortion by fraud statements creating or lying after the fact as accessory to retrieve or
*receive the proceedings of extortion* deterrent of committing problems or committing crimes
against person for the money involved or intentional infliction of certain actions against person
for creating the murder intent of hiring or solicitation of a crime of violence concealing the true
nature influenced *Murder-for-hire* in the event the financial aspect creates the violence against
the "Plaintiff".(e) terrorist influenced group have created a political conflict against the
"plaintiff" within the united states from another country initiating violence from groups in the
united states having intentional means of causing serious damage against "the target" inciting
criminal intent to constitute certain extortion by slander false statements as *§ 11.404 False
imprisonment; 18 U.S. Code § 3591. Sentence of death (a) (2)(B) 1107 Murder-For-Hire- The
Offense* as consideration for a promise or agreement to pay anything of pecuniary value, or who
conspires to do so. (f) [115]*18 U.S.C. 1030 cybercrime* of use in receiving the proceeds of
extortion Illegal use of decrypted documents involving, access device to c++ infrastructure.
creating controversy against my identity. Acquisition of the identity as identity theft by
Computer hijacking & Pharming (a) phishing, sql, data, dns, cache, network, vulnerability,
hijacking, and pharming attacks of single broad network disposing of single person's identity in
creating several fraudulent identities pattern. (b) [117]decrypted and decoding factor was breached
*18 U.S.C. § 1030(a)(7)* (transmitting, with intent to extort, communication containing threat to
cause damage) criminal fraud, trickery, and of force. [118]*18 U.S. Code § 873 – Blackmail;18 U.S.
Code § 3. Accessory after the fact* Intentional infliction of serious damage instilled or on
occurrences as influential causing damage or irreprehensible damage against life or their
"Targeted" of actually committing or apprehending the "target" as the Allterior motive against
person in attempt of the offense of solicitation of murder for hire when, with the intent that the
offense of actual occurrences considered to be first-degree murder.

Double jeopardy of due law

violation of the constitutional rights Aggravated identity theft Violations of the 1[st,] 14[th,]
and 8th amendment. Violations of Freedom of speech, aggregating the premedition of crime

violating the 14th amendment acts of extortion by identity theft discriminating against defamation Libel slander Public content, Violation of the 8th amendment cruel punishment of extortion documents, intentional effect on committing reputational damage, or damage of fraud in general; violation of the 14th amendment identity extortion, involving the copyright material licensing of media documents; Terrorist country use of American person rendered last name occupying extortion of terrorist group of Salvadorians sabotaging the life of another to extort and, or hold as political ransom. Committing unlawful activity influenced on racketeering relevance on grounds due to the fact financial was of a structure to their target. As committing extortion against the person for the relevant factual proceedings influenced targeting for financial of another on a wrongful conversion in the violation of the 14th amendment.

---

[115]Solicit use of computer or relation involved with computers, criminals become more aware of the capabilities of forensic examiners to recover digital evidence, they are making more use of encryption technology to conceal incriminating data. Organized criminals use readily available encryption software (United States v. Scarfo)

[116]*18 U.S.C. § 1028A (aggravated identity theft)* (Hobbs Act)

[117]*18 U.S. Code § 880* Receiving the proceeds of extortion

[118]*109. RICO Charges 18 U.S.C.A. § 1961(5)*

# 18 U.S.C. § 1028A (aggravated identity theft) (Hobbs Act)

Correlated to the identification documents concealed and or rendered as encrypted concealed from exploitation, intentional artifice to retrieve or use of forged signature; intentional affliction of committing Extortion against the identity afflicted, or exploited means of usage for financial gain, or self-gain intentional Embezzlement.

## 18 U.S. Code § 880 Receiving the proceeds of extortion

Targeting the intentional infliction of the proceedings of causing damage or intentional acts against person for the extortion of the extremity due to aggravation of peculiar afflictions considerably ransom money. Whoever receives, possesses, or disposes of any money or other property, or any portion thereof, which has at any time been delivered as ransom or reward in connection with a violation.

## 109. RICO Charges 18 U.S.C. § 1961(5)

Patternized racketeering in the event of actual proceedings of extortion for retaliation against person Targeted through media and copyright material such as music,movies,ioT and decryption material involving snuff films targeting the person of interest. International members afflicted setting in committing murderous intentions afflicting damage against person to retrieve the money, assets, and property from plaintiff.

## 12.Mpt2

## Hispanic group

Hispanic Churches involved within kern county have committed severe crimes against "targeted "[119]identity as *aggravated identity theft from decryption of concealed identity documents*. The *gross negligent misconduc*t of the Hispanic people committing extortion against the plaintiffs for his property, threats of *blackmail* or deceitful action against, the plaintiff threatening to assault or take actions in forms of threat, severe defamation against persons to extremity in actual event of [120]committing a murder act as a white-collar "*overt act"* threating against as extortion through malicious code. [121]Misappropriation of wrongdoing against their

"targeted" plaintiff. Unlawful activity from the Hispanic community within their churches. Due to their gross negligence in the misapprehension of extorting, or causing damage against the person to retrieve or use the plaintiff for recovering assets or financial matter. [123]Embezzlement theft in the aspect of receiving of the compensation of the extortion or murders of attempted against the "target" in which carries the estate of where the finances derived from that of which makes the "plaintiff". Group of Hispanic held [124]"Ransom" or occupy for any of aspect in retrieving by extortion for the proceedings of receiving the compensation of wrongdoing. Or any matter of interest held against the plaintiff, to derive the financials' as the Estate held of "digital inheritance". Deterrent of Accessory after the fact extorting or causing damage of [125]criminal intent, physical or paying to cause the severe crime knowingly aiding of "persons" for property. [100]*Extortion* of actual murders or attempts to commit a murder in considering the "plaintiff" or attempt in murdering the "plaintiff" To evade with the property of interest; or generally evading from being arrested after the fact physical Cruelty in damaging the livelihood of another for their proceedings in receiving money.

[126]Holding that after the fact of theft and actions for receiving money, genuinely at fault in constructing their persuasion of intentional inflictions as conspirators against their "target" the single inconvenience deterrent to the fact of gruesome acts against. *109. RICO Charges 18 U.S.C. § 1961(5) holding* culpability against the Terrorist Organizations influenced on characterizing the irrelevancies on peculiar settings or of fixtures of another's identity or the use of the person in the relevance of unlawful conversions; unlawful events that began of *Embezzlement.* The associated people within the relevancies of actions committed against of their "target" upon discovery through content, upon those discoveries were Contractual relations holding certain discrepancies after discovery of a Rape gruesome rape involving many people that the characters of person committed fraud against the "plaintiff" for the money or assets of property of The plaintiff that was of discovery for the intentional apprehension of Theft of those proceedings or anything that is of value from the content of a single person. *18 U.S.C. 1030 cybercrime; 18 U.S.C. § 1030(a)(7) (transmitting, with intent to extort, communication containing threat to cause damage)* Hacking into computer of use of malicious code related of systems to illegally access personal information. Aggravated Harassment of other Hispanic communities of only communication, they exploited from the identity peculiar of only receiving of aiding and abetting of the unlawful conversion in extortion of the identity. (aggravated identity theft) "Malicious act of reckless speech on committing error intentional culpability Frame-up in causing disruption of the innocence.

The group of individuals Embezzling of category involved with the altercations within the cybercrime or use of computer's for communication with the co-conspirators of other states. in the event of actual happening or occurrences of deterrent events after the fact; sole culpability of the deterrent actions of occupy the identity of actual occurrences or the voluntary actions of the group involved.

---

[119]109. RICO Charges 18 U.S.C. § 1961(5)

[120]18 U.S.C § 1112.manslaughter

[121]18 U.S.C § 1001 knowingly and willfully

[122]18 U.S.C § 3 aid and abet

[123]18 U.S.C § 1028 aggravated identity theft

[124]19 U.S. Code § 1592 - Penalties for fraud, gross negligence

[125]18 U.S.C. § 1951 the Hobbs act

[126]18 U.S. Code § 1111.Murder

## 109. RICO Charges 18 U.S.C. § 1961(5)

Racketeering influenced criminal intent on creating overt acts against "targeted" person, physically committing retaliation in proceeding to embezzle from content of identified person person effected in retaliation in committing actions against

## 18 U.S.C § 1112.manslaughter

Voluntary acts in committing overt acts against person accessory after the fact militia group committed theft, and involved in damaging reputation of person by committing Rape

against person and recording the act of rape for extortion purposes; acts of Terror against "target" for the interest of his money.

## 18 U.S.C § 1001 knowingly and willfully

Knowingly commit acts of terror in the aspect of white-collar crime cover and conceal true intentions in retaliation acts of terrorism willfully trick someone out of their own property. Knowingly and willfully commit intentions of murder to evade.

# 18 U.S.C § 3 aid and abet

Aid in the wrongful intentions of the principals abet in the actions of another retaliation against "targeted" person, have extrinsic value in committing certain actions against their "Target" in committing the intentional murder.

## 18 U.S.C § 1028 aggravated identity theft

Aggravated factors within the identity theft "Targeting" person of trait or interest of certain gain or gain of use of commercial use extrinsic fraud involved within patternized racketeering. Influenced on forging § 1028(d)(7)

# 19 U.S. Code § 1592 - Penalties for fraud, gross negligence

Misrepresentation on behalf of representing the overt acts in the essences of creating the criteria motive of influencing certain terror traits against a person, reasons of financial interest of having something to gain, or in the aspect of retrieving and evading, committing unlawful acts or involved in committing unlawful overt acts within the county.

# 18 U.S.C. § 1951 the Hobbs act

Intentional acts against person for financial matter of interest regarding voluntary acts associated within the characters of the patternized scheme as artifice to construct extortion extremity of an overt act to commit a planned Theft scheme to murder in the conflict of evading.

## 18 U.S. Code § 1111.Murder

Overt act of intentional inflictions against person of target presenting factors or traits of causing physical damage against targeted person in the matter of civil rights, and affiliation of militia members carrying out the event of a rape, to murder to receive financial interest of committing the rape against the target and dispose or murder after the fact finances or conflict of interest was stolen.

# 13.Npt3

Santos O Romero [127]aided and abetted within foreign terrorist organizations influenced from Salvadorian terrorist organizations. Accessorie to the fact of actual involvement to abetting with Wisconsin group to commit deterrent crimes against his "Son" as a frame up or extortion**(a)** receive compensation for the crimes committed. [128]**(b)**Abetting for capital or financial matter through White-collar groups. **(c)**Creating of actual crimes as premeditations to commit ransoms and recording heinous videos of affiliation within Wisconsin.[129] **(d)** Conspiracy involvement through Kern County in committing aggravated identity theft, after the fact conspiracy to murder. [130]**(e)** actual intentions in committing a crime of violence influenced on white-collar crime of racketeering violence as a frame up[131]**(f)** Extortion influenced on cybercrime trends based on entrapment schemes, to embezzle, or commit Grand Theft from identity or committing crimes against the plaintiff. [132]**(g)** Cybercrimes and aggravating factors notated criminal aforethought into committing crimes against person to cause deceit or harm and cause actual death criminal intent. [133]**(h)** conspirators and assailants committing "political favors" for foreign groups of El Salvador "cronyism" or communications within of political accessible altercations. [134]**(I)** Cybercrimes cyber stalking person "target" identity theft. Certain ransom of altercations or

crimes committed against person such as a "Snuff Film" or any harm against person to cause harm to retrieve financial self-gain through committing crimes severe and violent enough its considered Murder, with the aforethought on conspiracy to murder to evade and retrieve of finances influenced on committing the murder itself receiving finances influence on murder.[135](**j**)"political corruption" Fraud by wire, radio, or television  news and the political ransom "Fake News" Foreign terrorist organizations money laundering and fraud based upon rape, [136]identity of "plaintiff" aggravated identity theft to embezzle, Grand Theft, conceal criminal intentions to [137]obtain assets or transfer property retrieved from unlawful activity, committing severe crimes against "Victim" or commit severe crimes against [138]"Victim" as ransom money in committing harm against person for money. "Group 6" influenced on cybercrimes or fraud against "target" in committing severe acts against person by "hijacking" and pharming terrorist influenced on actual crimes committed with wrong intentions.

---

[127]18 U.S.C. § 3 aid and abet
[128]18 U.S.C. § 371 Conspiracy
[129]18 USC Ch. 96: RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS
[130]18 U.S. Code § 873 – Blackmail.
[131]10 U.S. Code § 920 - Art. 120. Rape and sexual assault generally
[132]18 U.S. Code § 1117.Conspiracy to murder
[133]18 U.S. Code § 1344. Bank fraud
[134]18 U.S. Code § 1343. Fraud by wire, radio, or television
[135]941. 18U.S.C. 1343- Elements of wire fraud
[136]18 U.S. Code § 1002 - Possession of false papers to defraud United States                [137]
18 U.S. Code § 641 - Public money, property or records                                     [138]18
U.S. Code § 1341 - Frauds and swindles

## 18 U.S.C. § 3 aid and abet

Influenced on committing crimes against person "targeted" through racketeering of foreign groups on committing retaliation or holding communications amongst group of Terrorist from a foreign country. Abetting in committing multitude of crimes against the united states solely use of El Salvador country and military to intimidate a population accessory due to the fact intentions on Grand Theft Embezzlement.

## 18 U.S.C. § 371 Conspiracy

Conspiracy against person through agreements acclaiming a contractual relation, through white-collar groups influenced on fixation through acquainted groups of people through enterprise rent-a-car and other companies conspiring against a multitude use of the same target through unlawful activity for grand theft, and extremity of embezzlement deterrent conspiracy to actual murder the target after the fact, through murder-for-hire contracts.

## 18 USC Ch. 96: RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS

White collar corrupt organizations committing aggravating factors against same person.
In aid to abet for financial corruption or fraud from use of identity and recollected crimes
committed against person for money, as ransom money in the ideal aspect of committing
aggravating crimes like murder for money and evade due to the public corruption, and federal
jurisdiction corruption.

**18 U.S. Code § 873 – Blackmail.**

Intentions on fixed settings and arrangements based on persons used to commit extortion
and blackmail through racketeering and corrupt criminal groups. Retrieve assets and property
from wrongdoing or the proceeds of extortion through corruption of media content through
radio wire fraud. Material of patented property extorted by terrorist organizations influenced on
corruption, or property derived of the "victim" as digital inheritance. Embezzled by santos and
his group 6 of terrorist conspirators and certain corrupt police groups intentions on embezzling
after the fact criminal intent was caused for that reason itself.

**10 U.S. Code § 920 - Art. 120. Rape and sexual assault generally**

Cause and influence on committing actual rapes, or use of his son in the setting
influenced on racketeering for the assets and property involved with other malicious groups
within kern county of acquaintances committing rape against person of target for money and
financial awardee deterrent from fraud through terrorist organizations of foreign terrorist
material of actual intentions of abetting for money.

**18 U.S. Code § 1117.Conspiracy to murder**

Agreements fixed upon groups of culpability rendering actual fault on conspiring the
agreements against person conspired on through the actual occurrences of intentional infliction
of what is a murder. Salvadorian groups intentionally committed altercations of actual crimes
against person for own self-gain, commercial gain of person conspired against. Conspiracy to
gain of actual crimes such terror acts through white-collar corruption such as Racketeering,
multitude of rapes against person, fraud, foreign terrorist criminal fixed on committing fraud for
self-gain and actual hold murder.

**18 U.S. Code § 1344. Bank fraud**

Wrongful conversion in attempt on converting assets of crimes committed against person affiliated in Group 7 Rule 403. Excluding Relevant Evidence for Prejudice, Confusion, Waste of Time, or Other Reasons through foreign terrorist groups of El Salvador intentions on converting criminal acts done against person for assets or fraud in general of capital of person receiving of digital inheritance. Transfers of finances from Wisconsin to certain overt groups on committing crimes against person of intentions to embezzle or purloin.

### 18 U.S. Code § 1343. Fraud by wire, radio, or television

Use of commercial communications to commit fraud by use of radio and television communications against person of target. Interest to commit fraud against person or identity for own self gain. Commit Grand Theft of actual property pertaining to a single person of identity. Patented object of material held ransom by terrorist group, upon discovery committing fraud against person for assets, property solely based of interest. Extortion of racketeering or intentional inflictions against through irony of all factual content. Intentions to cause harm against plaintiff "targeted" for use of the identity relevant to them Terrorist sabotage against person terrorist sabotage against conflict of interest.

### 941. 18U.S.C. 1343- Elements of wire fraud

Intentions in use of commercial communication of property of the targeted person. Committing wire fraud or transfers of financial fraud overview through states influenced from foreign terrorist organizations. FTO commit wire fraud on transfers of rape and criminal intent through the elements of wire fraud.

### 18 U.S. Code § 1002 - Possession of false papers to defraud United States

Property derived of interest of multitude of coercion and espionage through extremity on committing aggravated identity theft through a course of history or of citizen possession of

papers. Possession of false papers upon interest on racketeering through groups of persons influenced on foreign political advertisements.

## 18 U.S. Code § 641 - Public money, property records

Espinoage direct on committing embezzlement against person of value or categorized through certain material upon extortion with value from committing harm or extortion on physical threats through white-collar corruption use of computers malicious code and espionage of actual crimes intended on committing through racketeering.

## 18 U.S. Code § 1341 - Frauds and swindles

Through Espinoage and conspiracy to carry out crimes against of use of the same person of target. Through political favors political party influenced upon terrorist foreign groups of other countries, abetting with white supremacy groups intentions on committing terror acts characterized as Terrorist threats through project white terror. Influenced on Embezzlement or committing murders against person of value through racketeering and fto officers influenced on murdering for money, after the fact of conversion of criminal intent to retrieve the targets property.

# D.O.J

# Section 242

For the purpose of Section 242, acts under "color of law" include acts not only done by federal, state, or local officials within their lawful authority, but also acts done beyond the bounds of that official's lawful authority, if the acts are done while the official is purporting to or pretending to act in the performance of his/her official duties

1. The ("person") is Famous, and or protected the initiation of pledges of committing harm or murder to be in the actual group labeled "INDECLINE"
2. Malicious group embezzled and paid the pledges to commit crimes against the plaintiff "Targeted"
3. Instructed of ordinary discovery of known persons, intentional Embezzlement schemes, accessory after the fact by committing violent crimes against person for self-gain.

# 11.K

# Indecline

**(a.)** May 2012, 11:00 pm I went to a party, had a few drinks. Was rolling a cigar, randomly gunshots went off in the front yard, I fight broke out within 45 minutes of arriving. Aaron Ridgeway and Angel Garza. Were told as an initiation or as pledges to commit an [139]aggravated Assault against the plaintiff that was targeted, *soliciting of a bribery*. The plaintiff ran and jumped over the gate; fell as I jumped over, landed on the other side as I stood up, [140]I was pushed down by the two males. [141]The two males began to stomp me out by Kicking me in the face crushed my skull into a set of bricks, previously kicking my head into the bricks. Within the attempt to intentionally commit a murder.  Sheriff's helicopter appeared, I stood up and fled the scene as cops arrived around the corner.

---

[139]18 U.S. Code § 1112.Manslaughter

[140]10 U.S. Code § 928 - Art. 128. Assault

[141]28 U.S. Code § 4101.Definitions

# 18 U.S. Code § 1112.Manslaughter

Voluntary act of committing a depraved heart murder against the plaintiff for the embezzled content proceedings of assets or property depriving the "victim" of all of his initial property was or misc. Content items involving the hired process of committing a murder for a

large quantity of money. The two assailants were offered protection from federal groups to evade from committing severe bodily injury or the act of committing murder on previous encounters.

## 10 U.S. Code § 928 - Art. 128. Assault

Intentional acts of committing malice against previous acquaintance targeted through media in return for money after committing the crime or murder.

## 28 U.S. Code § 4101.Definitions

Two of the person's in committing the hate crime against the plaintiff involving documents of identification of copyright material encrypted through malicious code, two of the persons in initiation of pledges carrying out overt acts of malice as assaults or murders. Or in attempt to get targeted individuals to forcibly commit suicide from severe intentional crimes of slander against the targeted "persons" the method of execution of victims coerced into committing suicide to avoid facing an alternative option they perceive as much worse, such as suffering torture.

**Conclusion**

**Upon the evidentiary acts involved through white collar corrupt group.
concise groups involved in committing actions against person through public
corruption.**

**Requesting of** Cost or pricing data: truth in negotiations

**(1) Through** A.1; B.2 and the event of actual suffering of pain due to circumstances of death, carried out due to unlawful activity of function from residents for their entertainment by recording of actual death and Torture, creating a Snuff Film.

## $6 quintillion for actual suffering of death through their entertainment

**(2)** amount in controversy due to crimes committed against through white-collar corrupt groups such as Rape, Ransoms, conspiracy to commit white collar crime, exploiting as harassment as premeditation of intent. Spying through wiretap or spying through sexual acts through hacking.

**applying $600.10 billion the rarities of actual corruption.**

**(3)** Entrapment Defamation involving media content defamatory speech as premeditation to carry out criminal acts against person, implying coercion of actual corruption through intent of committing fraud of Embezzlement, in committing fraud against person for federal attention coercion of Federal Hoax, or Entrapment against another for certain proceedings and interest. Malicious group entrapment intentions on unlawful arrest of terrorist prison for grotesque entertainment.
**entrapment of wrongful frame-up intent on causing damage or trouble for own entertainment applying $2. Billion.**

**(4.)** Fraud involving corrupt organizations and residents through false arrest, false imprisonment corruption and false imprisonment in attempt to get sick or bodily injury causing death due to white-collar corruption and abuse in use of certain department of defense monitoring systems, for A.S.M.Research

**malice aforethought is the intent to cause death, satisfy a feeling of hatred or grudge will be murder applying $600.10 billion the rarities.**

**(5.) 25 CFR § 11.404 - False imprisonment. Where I was detained and booked, under altercations caused by other person of cronyism, police officers, federal agents, or department of homeland security held high accountability of concurrent events.**

- Unlawful arrest, and False arrest after attempt to murder plaintiff, or cause wrong to, due to concurrent events, accountability of third-party. Through the occurrences after altercation's or event held, I was arrested after the fact death was regarding "political favors"
- Wrongful detainer of licensing and possession of identification documents, revocation after two days of reinstatement while I wasn't the driver of the vehicle.(in demanding, concluding; request for reinstatement of

**(6.) requesting to arrest of group 6 in conspiring of all events, for fraud on principal malicious intentions.**

1. The true nature of the people involved as cronyism, or involved through corruption.
2. Intentions on actual murder, with priors of certain attentions to the matter on white-collar groups
3. Overview committing premeditated crimes against plaintiff, to join the F.B.I. upon corruption.
4. Actual conspiring agreements before and after the fact, criminal intent for finances.
5. Committing rape, murders, physical assaults, against person for federal attention.
6. Theft of Money from plaintiff, due to unlawful activity and the premeditation of crimes committed.

**Requesting of Cost or pricing data: truth in negotiations**

 ("Requesting of actual damages- neglect or mistake of another party.; punitive damages- to reform or deter the defendant and others from engaging in conduct similar to that which formed the basis of the lawsuit.; conclusion for damages- to make up for the loss which he has suffered because of the tort committed by another person.")

**A.1 Influenced through the unlawful activity from federal groups and agencies committing money laundering.**

**(A)**breach of contracts committed by the white-collar groups influenced on contractual murders through cause of Embezzlement and certain losses.

**(B)**Retrieval of "Real Property" obtained from group influenced on committing terrorist acts, or intentional cause to retrieve Plaintiff's property.

**(C)** Terrorist influenced officers committing fraud against the plaintiff influenced on committing an actual murder of "the plaintiff."

**(D)** Suffering of involvement, suffering of pain through recording and capturing of actual murder, of unlawful activity.

**(E)** Wire fraud and Bank Fraud, involving identity and persons assets committing wire fraud of money and finances through banks and other institutes of wrongful conversion.

**Requesting of** Cost or pricing data: truth in negotiations

**B.2 and actual damages on the obstruction of justice or cause of Domestic Terrorism**

**(A)** Persons influenced on white-collar terrorist officers influenced on committing unlawful activity through corruption of law enforcement.

**(B)** Money laundering through the unlawful activity of the public's interest to commit a public murder, as property is obtained in a wrongful seizure.

**(C)** Fraud through political favors in requesting on certain retaliation through the election and certain controversial matters, of certain public's interest in committing a murder through foreign terrorist organizations and the groups involved through racketeering.

**(D)** Exploitation of dying, suffering, or cruelties of an actual attempt to murder of person of interest targeted through media. ("showcasing of murder or conspiracy to commit a crime of violence through corrupt federal groups and department of homeland security")

**(E)** Use of Laws to commit fraud against murder or actual murder influenced on Grand Theft or Embezzlement of real property to commit actual fraud.

**(F)** Commercial use or of interest of the recollection of matter, and the public's interest to murder of person and use through commercial interest through the county. ("showcasing the abuse of power and cause of actual intentions")

**(G)** Requesting re-instatement of licensing, identification document, or property of identity that was abused through the actual crime committed

**Requesting of** Cost or pricing data: truth in negotiations

**3.C and the Federal agents, Department of homeland agents involved within Racketeering of Group 7**

**(a)**influenced on committing fraud through the 2015 election. On certain principal grounds on violation of the constitution and civil rights of civil matters.

**(b)**residents involved through racketeering of higher authority use of fraud pertaining to individual of interest of value, categorized in affiliation of Defense intelligence agency personnel. *A.S.M.Research

**(c)**Contractual relation in the matter of murder-for-hire after the fact certain Data and actual occurrences of criminal intent were of interest to commit Grand Theft or Embezzlement in schemes created as white-collar crimes.

**(d)**Federal agents committing the conspiracy of all things, conspiracy to commit a crime lead up to murder Money laundering "Targeting" the victim/

**(e)** Terrorist organizations influenced murder to Media content, and abusive wire fraud and radio solicitation of a crime of violence.

**(f)** corrupt organizations involved on embezzlement, grand theft, ransoms, and fraud in general

**(g)**Abuse of Electronic Surveillance through the secretary of defense through residents' groups of the county.

**Requesting of** Cost or pricing data: truth in negotiations
**4.D Julio Alvarez use of Rape material cause Embezzlement**

**(a)** person committed by involvement as co-conspirator influenced on committing "cons" against "target" committing hate crimes or criminal intent in return for money, or cause of crime of violence for money involved.

**(b)** conspiracy against rights, influenced on entrapment schemes sabotage, actual entrapments to commit fraud related to false imprisonment.

**(c)** Fraud of use of identity or influenced on cognitive material of value to the trait of law in compensation of person involved influenced on espionage or corruption against person and persons civil matters.

**(d)** Conspiracy in committing of actual crimes against person for money, affluenced on the money involved with the actions committed against person of target. "Targeted" to embezzlement grand theft. ("targeted to embezzle of crimes committed against person of target")

**Requesting of** Cost or pricing data: truth in negotiations
**5.D Enterprise Rent-a-car ("affiliated through espionage conspiracy")**

**(a)** cause of reckless behavior, creating "target" of person through espionage, retaliation to
commit "federal hoax" fraud upon characters involved through material content of malicious
code. Embezzlement upon Aggravated material, along with Grand theft, Conspiracy to actual
Theft and Embezzlement theft of actual content held to identity of ownership commencing actual
"Target" or federal hoax to commit conspiracy to actual Controversy in the amount of
controversy.

**(b)** Defamation on actual intentions of conspiracy to murder in committing theft and grand theft.
Imposing Threat upon retaliation of entrapment through conspiracy in general.

**(c)**Fraud related to Snuff films and racketeering through groups of white-collar corrupt criminals.

**(d)**Overt-acts influenced on extortion, employees save evidentiary material of subject upon
actual rape as leverage or "dirt" to subdue within the conspiring event of white-supremacy and
racketeering to damage reputational matter of actual existence. "ransom money"

**Requesting of** Cost or pricing data: truth in negotiations

### 6.F "Rudy Romero"

**(a.)** Person influenced on criminal intent, extortion, entrapment, influenced on targeting through use of computer and cybercrimes upon cyberstalking of aggravated identity theft.

**(b.)** ransom of property and crimes committed against person "targeted" evidence of use for conversion in the manner of ransom money for crimes committed against person, in the evidence of existing as recorded material as extortion. Ransom of evidence of "real property" material of cybercrimes of computer terrorism Aggravated murder ransom deterrent to material of evidence in the manner held.

**(c.)** Malicious code and abused through the county and residents, or person on the matter in committing actual terrorism by use of computers, by hijacking of person's identity,and computers.

**(d.)** Conspiracy to the matter of factual communications held within White-Collar interest in committing fraud in general against person through affiliation and involvement of foreign terrorist officers, of terrorist organizations influenced on terrorism through foreign grouped of El Salvador, and Mexico. Conspiracy held concise to actions committed against person through material of media content such as movies, music, or anything renderable concise to renderable to extractable of content for finances of situation influenced committing fraud in aggravated identity theft, exploitation of person "target" in actual event of collection or obtaining property of value to person to Embezzle.

**(e.)** Intentions of using rape material, or property of person influenced on commercial use, for self-gain, after the fact certain material was derived from causing pain or emotional damage as recollection for extortion to embezzle commit grand theft on separate degrees of aggravating factors as hate crimes and intentions to conspire against.

**(f.)** patenting and committing theft and use of person's identity to commit fraud for material of value of A.S.M.Research. theft influenced on crimes committed against person, or property object to state secrecy of A.S.M.R

**7.G V.B.F**

**(a.)** influenced on corruption through county and characters of material people using person of identity "targeted" interest. Causing corruption as retaliation for the property of value for luxury cost in embezzling.

**(b.)** Corruption within police and organizations holding influenced on conspiracy for the theft of property, grand theft of conspired events of unlawful activity to commit embezzlement.

White collar corruption of persons within the county causing of hate crimes against target of person with extraneous value to criminal actions.

**(c.)** Aid and abet of person with premeditation on having criminal intent against person of target through racketeering of theft or crimes committed with abetted intentions to commit fraud from entrapment through their white terror and controversial events of influence characters.

**Requesting of** Cost or pricing data: truth in negotiations

**4-5.130- Torts branch components- environmental torts (formerly environment and occupational disease litigation)**

## 7.G pt2 Branch out Organization

**(a.)** Terrorist organizations affiliated with material of cybercrime, through malicious code, extracting identity documents, for extortion or commit a crime of violence.

**(b.)** Conspiracy to commit fraud against person involved with third-party group intervening to collect or commit theft of property or financial interest as extortion or extortion ransom of property used through the organizations. Conspiring on agreement with groups through the county for money, assets, or wrongful intentions by targeting person of interest with finances due to the severe consequences of their actions of affiliated controversy of involvement.

**(c.)** white-collar perception on influenced crimes committed against in abetting to commit a murder.

**Requesting of** Cost or pricing data: truth in negotiations

**4-5.100-Tort litigation-Generally**

**4-5.120- Torts branch components- constitutional and specialized torts**


## 8.H Wisconsin police department, and Megan Murray

**(a)** white-collar groups commit conspiracy racketeering targeting of identity. Entrapment and extortion for property involved or use of A.S.M.Research from the content concealed.Obtain of value and worth aggravating factors of embezzlement and grand theft.

**(b)** solicitation to commit a crime of violence or heinous acts against target. Through white-collar crime, in committing the actual crimes publicated through copyright material, as contractual relations in purloin of murder-for-hire.

**(c)**Harassing communications of public's interest intentions to extort or cause reckless behavior. Or committing crimes against person of interest for money associated, as property of person or ransom to hold for assets involved.

**(d)**Law enforcement influenced on racketeering or fixating of an event or use of person corrupt intentions to commit a rape, or influence on raping and luring of "Targeted identity" to commit of actual rape. For money, property and any material type of assets.

**(e)** Use of certain Electronic Surveillance of identified person, abuse of power of secretary of defense on groups practicing A.S.M.Research

**(f)** lower grade groups of residents holding Ransom through Electronic Surveillance, or hijacking of computers to spy or have wrong intentions. Aggravated identity theft of certain peculiar ideal thoughts involving competition laws through common law.

**Requesting of** Cost or pricing data: truth in negotiations

**4-5.120- Torts branch components- constitutional and specialized torts**

## 9.I The Republic of El Salvador

(a.) Salvadorian terrorist organizations influenced through the actual occurrences of rape and criminal intent targeting of person through media. Concealing intentions of fraud related to the identity of actual Terrorism. Implying actual culpability of acknowledgement of occurrences and intentions of actual terrorism of a person's life for the money and assets as fraud to commit upon conversion of use of the Salvadorian terrorist organizations, terrorist financing of terrorist groups.

(b.) affiliated through Kern and residents of Kern to commit controversy acts as political favor. Influenced on committing rapes, or solicitation of a crime of violence. Fraud on corruption through organizations money laundering or committing fraud or terrorist financial institution. Funneling, and wrongful conversions upon embezzlement.

(c.) Conspiracy to commit crimes against person deterrent after the fact the financial aspect of the person's or citizen of the united states is worth of value due to the content held as fraud, through the obstruction of justice.

(d.) Foreign uses of defense intelligence of secretary of defense and the agency personnel of Electronic surveillance and its monitoring formats, compounded on spying, wrongful use of data leaked through breach by illegal immigrants and the interest in A.S.M.R.

**Requesting of** Cost or pricing data: truth in negotiations

**9.I pt.2 domestic terrorism from Hispanic groups involved within Terrorist organizations**

    **(a.)** Hispanics cause of disturbance, influence on committing terrorist acts or unlawful activity to commit grand theft on peculiar events and occurrences.

    **(b.)** intentions on actual deprivations and cause of action due to nuisance of altercations within committing fraud amongst person. Intentions of committing reckless behavior or having reckless intentions against person of interest through the political ransom aspect of holding concluding evidence of video material for money or assets.

    **(c.)** cause defamation, or intentions on overt acts influenced on corruption on committing severe crimes to induce pain or physical confrontation amongst groups of white-collar crimes intentions of committing plain error against person of interest to embezzle or purloin.

**Requesting of** Cost or pricing data: truth in negotiations
**9.I pt.3 Santos O Romero**

**(a.)** Racketeering through white-collar groups of previous employers, abetting on fraud upon actions committed against "plaintiff" for finances derived from racketeering activity, white-collar crimes and other terrorist intentions, of affiliation from participant for money influenced Federal Hoax.

**(b.)** abetted within other residents for the proprietary value of compensation to embezzle, of higher value due to the crimes conspired to commit upon principal.

**(c.)** consciously committing of cybercrimes influenced on Salvadorian terrorism against person of interest with value of compensation for theft.

**(d.)** actual conspiracy to murder of person of interest after the fact, all deterrent motives of actions, of cause from foreign involvement. For financial theft of identity of property of interest.

**Total in actual compensation of damage in aspect such as the kern county group of enacts to retrieve to gain. Actual total inarguable due to the fact of actual terror occurrences. County's actual intention on causing severity of their actions held, set against in the greater aspect to their actual intent.**

**Concluding through DoJ on requesting personal damages**

Actual injury suffered through misconduct of federal agents, and white-collar corrupt group causing damage against, in attempt to murder, through unlawful activity. Requesting of Cost or pricing data: truth in negotiations

### (1.) 4-5.100-Tort Litigation-Generally
- **41 U.S. Code CHAPTER 35—TRUTHFUL COST OR PRICING DATA**
- **4-5.130- Torts branch components- environmental torts (formerly environment and occupational disease litigation)**

**4-5.120- Torts branch components- constitutional and specialized torts**


(2.) Request on circumstances of actually reconcile of authority upon heinous crimes of intent from the actual intent. If arrest could be made of the actual intent of a murder played out to their degree. On circumstances to the degree of committing an actual intent of committing a murder regardless forcing or risking of actual cause for death. ("may I request, for certain groups to go to prison. And justify, the matter of payment regarding the issue.")